# SUMMONS

*CENGAGE LEARNING, INC. et al.,*

*v.*

*DOES 1 – 50 d/b/a Library Genesis et al.*

# ATTACHMENT A

| Infringing Domain Name | Contact Information |
|---|---|
| libgen.fun | 2b67ebed9ff14b2da8b124baf5129faa.protect@withheldforprivacy.com |
| libgen.ee | http://whois.tld.ee/contact_requests/a6a318c58c275a42b6f8e80a321fd1026e263a27d6d06d2ef1c06aacaedca67017e7c8a84cd955b55421f5e09dbdc02a3817c708a123bff67bc097add5dde884/edit?locale=en |
| libgen.is | https://sarek.fi/contact/libgen.is/registrant |
| libgen.rs | 1337 Services LLC<br>P.O. Box 590, CHARLESTOWN, Saint Kitts and Nevis, KN0802 |
| libgen.su | vlaimir@mail.ru |
| libgen.st | https://sarek.fi/contact/libgen.st/registrant |
| jlibgen.tk | BV Dot TK<br>Dot TK administrator<br>P.O. Box 11774<br>1001 GT Amsterdam, Netherlands<br>copyright@freenom.com |
| libgen.rocks | https://tieredaccess.com/contact/7b899793-c2d9-479c-89b6-e03844717043 |
| libgen.space | 09d55b0b65744bdf9d09dabb08c22a2f.protect@withheldforprivacy.com |
| libgen.gs | ianzlib@protonmail.com |
| libgen.li | ianzlib@protonmail.com |
| libgen.lc | ianzlib@protonmail.com |
| libgen.pm | https://sarek.fi/contact/libgen.pm/registrant |
| cdn1.booksdl.org | 1337 Services LLC<br>P.O. Box 590,<br>CHARLESTOWN, Saint Kitts and Nevis, KN0802 |
| gen.lib.rus.ec | lib@rus.ec |
| library.lol | https://tieredaccess.com/contact/f16cd69e-9f52-4037-88dc-1b9c8ab5fe6e |
| llhlf.com | https://porkbun.com/whois/contact/registrant/llhlf.com |