AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court - Southern District of New York<br>500 Pearl Street, New York, NY 10007 | |
|---|---|---|
| DOCKET NO.<br>23cv8136 | DATE FILED<br>9/14/2023 | |
| PLAINTIFF<br>CENGAGE LEARNING, INC., BEDFORD, FREE MAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, MCGRAW HILL LLC, PEARSON EDUCATION, INC. | DEFENDANT<br>DOES 1 – 50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm, libgen.rocks, libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and lhlf.com | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>/s/ P. Canales | DATE<br>9/15/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A: Plaintiffs' Authentic Works**

| | Title | Author | Copyright Registration Number | Copyright Reg Date | Publisher |
|---|---|---|---|---|---|
| 1 | A First Course in Differential Equations with Modeling Applications, 11e | Dennis Zill | TX0008369445 | 2/6/17 | Cengage |
| 2 | A Guide to Crisis Intervention, 6e | Kristi Kanel | TX0008764631 | 6/13/19 | Cengage |
| 3 | America's Courts and the Criminal Justice System, 13e | Neubauer; Fradella | TX0008577315 | 2/5/18 | Cengage |
| 4 | Business Analytics: Data Analysis & Decision Making, 7e | Albright; Winston | TX0008793287 | 9/12/19 | Cengage |
| 5 | Business Ethics: Ethical Decision Making and Cases, 12e | O.C. Ferrell | TX0008901888 | 9/23/20 | Cengage |
| 6 | C++ Programming: From Problem Analysis to Program Design, 8e | D.S. Malik | TX0008565086 | 4/4/18 | Cengage |
| 7 | Calculus, 11e | Larson; Edwards | TX0008373820 | 2/8/17 | Cengage |
| 8 | Calculus: Early Transcendentals, 9e | Stewart; Clegg; Watson; Redlin | TX0008935153 | 2/28/20 | Cengage |
| 9 | Chemistry, 10e | Zumdahl; Zumdahl; DeCoste | TX0008587507 | 2/6/17 | Cengage |
| 10 | Cognitive Psychology Connecting Mind, Research, and Everyday Experience, 5e | E. Bruce Goldstein | TX0008655367 | 8/3/18 | Cengage |
| 11 | Communication Between Cultures | Samovar; Porter | TX0008224775 | 2/4/16 | Cengage |
| 12 | Contemporary Mathematics for Business & Consumers, 9e | Robert Brechner | TX0008796011 | 9/6/19 | Cengage |
| 13 | Contemporary World History, 7e | William J. Duiker | TX0008962818 | 2/28/20 | Cengage |
| 14 | Database Systems: Design, Implementation, & Management, 13e | Coronel; Morris | TX0008584508 | 5/7/18 | Cengage |
| 15 | Death & Dying, Life & Living, 8e | Charles A. Corr | TX0008766737 | 6/11/19 | Cengage |
| 16 | Discrete Mathematics with Applications, 5e | Susanna S. Epp | TX0008724377 | 2/6/19 | Cengage |
| 17 | Economics, 13e | Roger Arnold | TX0008555103 | 2/5/18 | Cengage |
| 18 | Essentials of Criminal Justice, 11e | Siegel; Worrall | TX0008598803 | 7/6/18 | Cengage |
| 19 | Essentials of Statistics for the Behavioral Sciences, 10e | Gravetter; Wallnau; Forzano | TX0008950890 | 2/18/20 | Cengage |
| 20 | Financial Management: Theory and Practice, 16e | Eugene Brigham | TX0008899053 | 9/2/19 | Cengage |
| 21 | Foundations of Business, 6e | Pride; Hughes; Kapoor | TX0008571561 | 4/4/18 | Cengage |
| 22 | Fundamentals of Financial Management, Concise Edition, 10e | Eugene Brigham | TX0008899057 | 9/2/19 | Cengage |
| 23 | GOVT10 : Principles of American Government, 10e | Edward Sidlow | TX0008767188 | 6/11/19 | Cengage |
| 24 | Introduction to Comparative Politics: Political Challenges and Changing Agendas, 8e | Mark Kesselman; Joel Krieger; William A. Joseph | TX0008764883 | 6/13/19 | Cengage |
| 25 | Introduction to Health Care, 5e | Lee Haroun | TX0008935170 | 2/18/20 | Cengage |
| 26 | Introduction to Statistics and Data Analysis, 6e | Roxy Peck | TX0008768439 | 2/6/19 | Cengage |
| 27 | Introductory Chemistry: An Active Learning Approach, 7e | Mark Cracolice | TX0008935159 | 2/28/20 | Cengage |
| 28 | Introductory Econometrics: A Modern Approach, 7e | Jeffrey M. Wooldridge | TX0008714557 | 2/6/19 | Cengage |
| 29 | Lifetime Physical Fitness and Wellness, 15e | Werner Hoeger | TX0008901959 | 9/23/20 | Cengage |

*Cengage Learning, Inc. et al. v. Does 1-50 d/b/a Library Genesis et al.* (S.D.N.Y.)

**Exhibit A: Plaintiffs' Authentic Works**

| | Title | Author | Copyright Registration Number | Copyright Reg Date | Publisher |
|---|---|---|---|---|---|
| 30 | Managerial Accounting, 15e | Carl Warren | TX0008709294 | 2/6/19 | Cengage |
| 31 | Marketing, 20e | Pride; Ferrell | TX0008779001 | 8/5/19 | Cengage |
| 32 | Medium/Heavy Duty Truck Engines, Fuel & Computerized Management Systems, 6e | Sean Bennett | TX0008968368 | 2/20/20 | Cengage |
| 33 | MGMT, 11e | Chuck Williams | TX0008763491 | 6/13/19 | Cengage |
| 34 | Network+ Guide to Networks, 8e | West; Andrews; Dean | TX0008604011 | 6/5/18 | Cengage |
| 35 | New Perspectives Microsoft Office 365 & Office 2019 Introductory, 1e | Patrick Carey | TX0008792844 | 9/12/19 | Cengage |
| 36 | Nutrition for Health and Health Care, 7e | Linda Kelly DeBruyne | TX0008779450 | 7/29/19 | Cengage |
| 37 | Nutrition Therapy and Pathophysiology, 4e | Nelms; Sucher | TX0008829369 | 11/27/19 | Cengage |
| 38 | Nutrition Through the Life Cycle, 7e | Judith E. Brown | TX0008778834 | 7/29/19 | Cengage |
| 39 | Nutrition: Concepts and Controversies, 15e | Frances Sizer | TX0008724382 | 2/6/19 | Cengage |
| 40 | Organic Chemistry, 9e | McMurry | TX0008115784 | 4/17/15 | Cengage |
| 41 | Organizational Behavior: Managing People and Organizations, 13e | Griffin; Phillips; Gully | TX0008779065 | 8/5/19 | Cengage |
| 42 | Payroll Accounting, 2019e | Bernard J Bieg | TX0008767073 | 6/11/19 | Cengage |
| 43 | Precalculus: Mathematics for Calculus, 7e | Stewart; Redlin; Watson | TX0008004760 | 1/8/15 | Cengage |
| 44 | Principles of Microeconomics, 9e | Mankiw | TX0008988436 | 5/4/20 | Cengage |
| 45 | Probability and Statistics for Engineering and the Sciences, 9e | Devore | TX0008003633 | 1/8/15 | Cengage |
| 46 | Strategic Management: Competitiveness & Globalization, Concepts and Cases, 13e | Michael Hitt; R. Duane Ireland; Robert Hoskisson | TX0008799533 | 9/26/19 | Cengage |
| 47 | Technology for Success and Microsoft Office 365 & Office 2019: Shelly Cashman Series, 1e | Cable; Campbell; Ciampa; Clemens; Freund; Frydenberg; Hooper; Monk | TX0008956899 | 3/19/21 | Cengage |
| 48 | The Legal Environment of Business: Text and Cases, 11e | Cross; Miller | TX0008967773 | 2/20/20 | Cengage |
| 49 | Understanding Basic Statistics, 8e | Charles Henry Brase | TX0008767187 | 6/11/19 | Cengage |
| 50 | Writing Analytically, 8e | Stephen Rosenwasser | TX0008553783 | 2/5/18 | Cengage |
| 51 | 50 Essays: A Portable Anthology, 5e | Samuel Cohen | TX0008359721 | 11/22/16 | Macmillan Learning |
| 52 | A Pocket Style Manual, 8e, APA Version | Nancy Sommers | TX0008613598 | 8/31/18 | Macmillan Learning |
| 53 | Abnormal Psychology, 10e | Ronald J. Comer | TX0008610008 | 2/13/18 | Macmillan Learning |
| 54 | Behavioral Genetics, 7e | Valerie S. Knopik | TX0008500953 | 2/6/17 | Macmillan Learning |
| 55 | Biochemistry 9e | Lubert Stryer | TX0008782215 | 6/3/19 | Macmillan Learning |
| 56 | Biochemistry: A Short Course, 3e | John L. Tymoczk | TX0008134104 | 6/29/15 | Macmillan Learning |
| 57 | Biology: How Life Works, 2e | James R. Morris | TX0008345202 | 10/26/16 | Macmillan Learning |
| 58 | Calculus: Early Transcendentals, 4e | W. H. Freeman and Company | TX0008698561 | 1/15/19 | Macmillan Learning |

**Exhibit A: Plaintiffs' Authentic Works**

| | Title | Author | Copyright Registration Number | Copyright Reg Date | Publisher |
|---|---|---|---|---|---|
| 59 | Creative Writing: Four Genres in Brief, 3e | David Starkey | TX0008515308 | 2/1/17 | Macmillan Learning |
| 60 | Discovering Psychology, 7e | Sandra E. Hockenbury | TX0008340982 | 9/30/16 | Macmillan Learning |
| 61 | Ecology: The Economy of Nature, 8e | Rick Relyea | TX0008565908 | 2/12/18 | Macmillan Learning |
| 62 | Essentials of Environmental Science, 2e | Andrew Friedland | TX0008328927 | 9/22/16 | Macmillan Learning |
| 63 | Essentials of General, Organic, and Biochemistry, 3e | Denise Guinn | TX0008788602 | 8/21/19 | Macmillan Learning |
| 64 | Everything's an Argument, 8e | Andrea A. Lunsford | TX0008675679 | 10/26/18 | Macmillan Learning |
| 65 | Exploring Psychology, 11e in Modules | David G. Myers | TX0008710630 | 1/7/19 | Macmillan Learning |
| 66 | From Inquiry to Academic Writing: A Text and Reader, 4e | Bedford; St. Martin's | TX0008582832 | 1/19/18 | Macmillan Learning |
| 67 | Fundamentals of Abnormal Psychology, 9e | Ronald J. Comer | TX0008796830 | 6/3/19 | Macmillan Learning |
| 68 | Introduction to Genetic Analysis, 11e | Anthony J.F. Griffiths | TX0008027137 | 3/2/15 | Macmillan Learning |
| 69 | Introduction to Geospatial Technologies, 4e | Bradley A. Shellito | TX0008605904 | 1/24/18 | Macmillan Learning |
| 70 | Julien's Primer of Drug Action: A Comprehensive Guide to the Actions, Uses, and Side Effects of Psychoactive Drugs, 14e | Claire D. Advokat | TX0008655198 | 8/31/18 | Macmillan Learning |
| 71 | Kuby Immunology, 8e | Jenni Punt | TX0008628766 | 6/21/18 | Macmillan Learning |
| 72 | Lehninger Principles of Biochemistry, 8e | David L. Nelson; Michael M. Cox; Aaron A. Hoskins | TX0009085450 | 4/29/21 | Macmillan Learning |
| 73 | Literature: The Human Experience, 13e | Richard Abcarian | TX0008650943 | 10/25/18 | Macmillan Learning |
| 74 | Macroeconomics, 10e | N. Gregory Mankiw | TX0008710929 | 1/7/19 | Macmillan Learning |
| 75 | Media & Culture: Mass Communication in a Digital Age, 11e | Richard Campbell | TX0008492636 | 2/6/17 | Macmillan Learning |
| 76 | Media & Culture: Mass Communication in a Digital Age, 12e | Richard Campbell | TX0008751176 | 1/15/19 | Macmillan Learning |
| 77 | Modern Principles of Economics, 4e | Tyler Cowen | TX0008568533 | 2/13/18 | Macmillan Learning |
| 78 | Myers' Psychology for the AP Course, 3e | David G. Myers | TX0008564306 | 2/23/18 | Macmillan Learning |
| 79 | Organic Chemistry: Structure and Function, 8e | K. Peter; C. Vollhardt | TX0008593664 | 2/13/18 | Macmillan Learning |
| 80 | Practical Argument: A Text and Anthology, 4e | Laurie G. Kirszner | TX0008897282 | 12/9/19 | Macmillan Learning |
| 81 | Practical Strategies for Technical Communication: A Brief Guide, 3e | Mike Markel | TX0008661381 | 10/25/18 | Macmillan Learning |
| 82 | Psychology in Everyday Life, 4e | David G. Myers | TX0008496502 | 2/6/17 | Macmillan Learning |
| 83 | Psychology, 13e | David G. Myers; C. Nathan DeWall | TX0009054292 | 2/5/21 | Macmillan Learning |
| 84 | Psychology, 12e | David G. Myers; C. Nathan DeWall | TX0008554016 | 2/21/18 | Macmillan Learning |
| 85 | Psychology: A Concise Introduction, 5e | Richard A. Griggs | TX0008389758 | 3/8/17 | Macmillan Learning |
| 86 | Raven Biology of Plants, 8e | Ray F. Evert | TX0007497291 | 3/5/12 | Macmillan Learning |
| 87 | Reflect & Relate: An Introduction to Interpersonal Communication, 5e | Steven McCornack | TX0008699333 | 11/16/18 | Macmillan Learning |

*Cengage Learning, Inc. et al. v. Does 1-50 d/b/a Library Genesis et al.* (S.D.N.Y.)

**Exhibit A: Plaintiffs' Authentic Works**

| | Title | Author | Copyright Registration Number | Copyright Reg Date | Publisher |
|---|---|---|---|---|---|
| 88 | Rules for Writers, 9e | Nancy Sommers | TX0008640679 | 10/9/18 | Macmillan Learning |
| 89 | Signs of Life in the U.S.A.: Readings on Popular Culture for Writers, 9e | Sonia Maasik | TX0008657675 | 1/17/18 | Macmillan Learning |
| 90 | Speak Up: An Illustrated Guide to Public Speaking, 4e | Douglas M. Fraleigh | TX0008353154 | 11/4/16 | Macmillan Learning |
| 91 | Statistics: Concepts and Controversies, 9e | David S. Moore | TX0008560788 | 2/6/17 | Macmillan Learning |
| 92 | The Analysis of Biological Data, 3e | Michael C. Whitlock; Dolph Schluter; W. H. Freeman and Company | TX0008969557 | 2/28/20 | Macmillan Learning |
| 93 | The Business Writer's Companion, 8e | Gerald J. Alred | TX0008489502 | 2/3/17 | Macmillan Learning |
| 94 | The Developing Person Through the Life Span, 10e | Kathleen Stassen Berger | TX0008415432 | 5/11/17 | Macmillan Learning |
| 95 | The Development of Children, 8e | Cynthia Lightfoot | TX0008593173 | 5/7/18 | Macmillan Learning |
| 96 | The Film Experience: An Introduction, 5e | Timothy Corrigan | TX0008560971 | 2/5/18 | Macmillan Learning |
| 97 | The Psychology Major's Companion: Everything You Need to Know to Get You Where You Want To Go | Dana S. Dunn | TX0008498269 | 12/30/16 | Macmillan Learning |
| 98 | The St. Martin's Guide to Writing, 12e | Rise B. Axelrod | TX0008683056 | 11/16/18 | Macmillan Learning |
| 99 | The Story and Its Writer: An Introduction to Short Fiction, 10e | Ann Charters | TX0008660570 | 10/25/18 | Macmillan Learning |
| 100 | The Writer's Presence: A Pool of Readings, 9e | Donald McQuade | TX0008640379 | 2/12/18 | Macmillan Learning |
| 101 | A Writer's Resource: A Handbook for Writing and Research, 6e | Elaine P. Maimon | TX0008713750 | 2/22/19 | McGraw Hill |
| 102 | ABC's of Relationship Selling through Service, 13e | Raj Agnihotri | TX0008703076 | 1/3/19 | McGraw Hill |
| 103 | Accounting for Governmental & Nonprofit Entities, 18e | Reck; Lowensohn; Neely | TX0008570028 | 3/6/18 | McGraw Hill |
| 104 | American Democracy Now, 4e | Harrison; Harris; Deardorff | TX0008116817 | 6/2/15 | McGraw Hill |
| 105 | Anatomy & Physiology: The Unity of Form and Function , 8e | Saladin | TX0008398754 | 3/21/17 | McGraw Hill |
| 106 | Biology Laboratory Manual, 12e | Darrell S. Vodopich | TX0008725268 | 3/1/19 | McGraw Hill |
| 107 | Biology, 5e | Robert J. Brooker | TX0008715610 | 2/7/19 | McGraw Hill |
| 108 | Buildings across Time: An Introduction to World Architecture, 5e | Michael Fazio | TX0008702527 | 9/5/18 | McGraw Hill |
| 109 | Business and Society: Stakeholders, Ethics, Public Policy, 16e | Lawrence; Weber | TX0008989218 | 5/26/20 | McGraw Hill |
| 110 | Chemistry, 5e | Julia Burdge | TX0008706012 | 1/30/19 | McGraw Hill |
| 111 | Connect Core Concepts in Health, 13e | Insel; Roth | TX0008051050 | 1/29/15 | McGraw Hill |
| 112 | Crafting & Executing Strategy: Concepts and Cases, 22e | Thompson Jr; Peteraf; Gamble; Strickland III | TX0008725707 | 3/1/19 | McGraw Hill |
| 113 | Drugs, Society, and Human Behavior, 17e | Hart; Ksir | TX0008733303 | 4/5/19 | McGraw Hill |
| 114 | Essentials of Contemporary Management, 6e | Jones; George | TX0007913168 | 6/20/14 | McGraw Hill |
| 115 | Essentials of Contemporary Management, 7e | Jones; George | TX0008544280 | 1/23/18 | McGraw Hill |
| 116 | Essentials of Contemporary Management, 8e | Jones; George | TX0008575677 | 3/22/18 | McGraw Hill |

**Exhibit A: Plaintiffs' Authentic Works**

| | Title | Author | Copyright Registration Number | Copyright Reg Date | Publisher |
|---|---|---|---|---|---|
| 117 | Essentials of Economics, 10e | Primacon; Gebhardt | TX0008278999 | 11/15/16 | McGraw Hill |
| 118 | Essentials of Marketing: A Marketing Strategy Planning Approach, 14e | Perreault; Cannon | TX0008115565 | 6/16/15 | McGraw Hill |
| 119 | Experience Psychology, 4e | Laura A. King | TX0008706657 | 1/29/19 | McGraw Hill |
| 120 | Exploring Writing: Paragraphs and Essays, 4e | Zoe L. Albright | TX0008716047 | 2/11/19 | McGraw Hill |
| 121 | Financial Accounting, 5e | David Spiceland | TX0008713990 | 1/31/19 | McGraw Hill |
| 122 | First Aid Cases for the USMLE Step 1, 4e | Tao T. LE; MD LLC | TX0008719417 | 11/30/18 | McGraw Hill |
| 123 | First Aid for the Psychiatry Clerkship, 5e | Latha Ganti | TX0008699726 | 12/17/18 | McGraw Hill |
| 124 | International Economics, 17e | Thomas A Pugel | TX0008903633 | 10/6/20 | McGraw Hill |
| 125 | Interpersonal Conflict, 10e | Wilmot; Hocker | TX0008748727 | 4/10/19 | McGraw Hill |
| 126 | Introduction to Computing Systems: From Bits & Gates to C/C++ & Beyond, 3e | Yale N Patt | TX0008903632 | 10/6/20 | McGraw Hill |
| 127 | Introduction to Operations Research, 11e | Frederick S. Hillier | TX0008974412 | 4/7/20 | McGraw Hill |
| 128 | Life-Span Development, 16e | Santrock | TX0008595804 | 6/22/18 | McGraw Hill |
| 129 | Life-Span Development, 17e | John W. Santrock | TX0008711635 | 12/6/18 | McGraw Hill |
| 130 | Living with Art, 11e | Getlein | TX0008359535 | 12/12/16 | McGraw Hill |
| 131 | Maingot's Abdominal Operations. 13e | Michael J Zinner MD FACS; Stanley W Ashley MD FACS; O Joe Hines MD FACS | TX0008707999 | 1/29/19 | McGraw Hill |
| 132 | Management: A Practical Introduction, 9e | Kinicki | TX0008723151 | 2/22/19 | McGraw Hill |
| 133 | Mass Media Law, 20e | Clay Calvert | TX0008726446 | 6/7/18 | McGraw Hill |
| 134 | Matching Supply with Demand: An Introduction to Operations Management, 4e | Gerard Cachon | TX0008716788 | 2/22/19 | McGraw Hill |
| 135 | McGraw-Hill Education Algebra II Review and Workbook, 1e | Monahan | TX0008706741 | 2/5/19 | McGraw Hill |
| 136 | McGraw-Hill Education SAT Subject Test Literature, 4e | The Publisher's Partnership | TX0008699094 | 1/14/19 | McGraw Hill |
| 137 | Mechanics of Materials, 8e | John DeWolf | TX0008717025 | 1/23/19 | McGraw Hill |
| 138 | Organic Chemistry, 6e | Janice Gorzynski Smith | TX0008705965 | 1/30/19 | McGraw Hill |
| 139 | Organizational Behavior, 7e | McShane; Glinow | TX0007920280 | 6/23/14 | McGraw Hill |
| 140 | Prescott's Microbiology, 11e | Joanne Willey | TX0008712613 | 2/5/19 | McGraw Hill |
| 141 | Principles of Corporate Finance, 12e | Brealey; Myers; Allen | TX0008591381 | 2/12/18 | McGraw Hill |
| 142 | Principles of Corporate Finance, 13e | Richard A. Brealey | TX0008712614 | 2/5/19 | McGraw Hill |
| 143 | Schaum's Outline of Intermediate Algebra, 3e | Kerry Bailey | TX0008704987 | 11/14/18 | McGraw Hill |
| 144 | Shigley's Mechanical Engineering Design, 11e | Richard G. Budynas | TX0008710906 | 2/4/19 | McGraw Hill |
| 145 | Social Psychology, 13e | Myers | TX0008661730 | 10/22/18 | McGraw Hill |

*Cengage Learning, Inc. et al. v. Does 1-50 d/b/a Library Genesis et al.* (S.D.N.Y.)

**Exhibit A: Plaintiffs' Authentic Works**

| | Title | Author | Copyright Registration Number | Copyright Reg Date | Publisher |
|---|---|---|---|---|---|
| 146 | Strategic Management of Technological Innovation, 5e | Melissa Schilling | TX0008433185 | 7/5/17 | McGraw Hill |
| 147 | Strategic Management of Technological Innovation, 6e | Melissa Schilling | TX0008718386 | 2/22/19 | McGraw Hill |
| 148 | Strategic Management, 5e | Rothaermel | TX0008995568 | 4/3/20 | McGraw Hill |
| 149 | The Art of Public Speaking, 13e | Stephen E. Lucas | TX0008725257 | 3/1/19 | McGraw Hill |
| 150 | The Color Atlas and Synopsis of Family Medicine, 3e | Richard Usatine | TX0008716338 | 12/13/18 | McGraw Hill |
| 151 | A First Course in Probability 10e | Sheldon Ross | TX0008733234 | 1/24/19 | Pearson |
| 152 | Access To Health, 15e | Rebecca J Donatelle | TX0008499753 | 10/2/17 | Pearson |
| 153 | Anatomy and Physiology Coloring Workbook: A Complete Study Guide, 12e | Elaine N Marieb | TX0008476224 | 8/21/17 | Pearson |
| 154 | Applications and Investigations in Earth Science, 8e | Edward J. Tarbuck | TX0008007999 | 1/8/15 | Pearson |
| 155 | Basic Business Statistics: Concepts and Applications, 14e | Mark Berenson | TX0008590406 | 5/25/18 | Pearson |
| 156 | Basic Chemistry, 6e | Karen Timberlake | TX0008766300 | 6/25/19 | Pearson |
| 157 | Biochemistry: Concepts and Connections, 2e | Dean R. Appling | TX0008592722 | 6/8/18 | Pearson |
| 158 | Business Data Networks and Security, 11e | Raymond R. Panko | TX0008604602 | 6/8/18 | Pearson |
| 159 | Business Mathematics, 14e | Gary Clendenen | TX0008602155 | 6/8/18 | Pearson |
| 160 | Calculus For Biology and Medicine, 4e | Claudia Neuhauser | TX0008599683 | 5/4/18 | Pearson |
| 161 | Calculus: Early Transcendentals, 3e | William Briggs | TX0008589494 | 6/8/18 | Pearson |
| 162 | Campbell Biology, 11e | Lisa A. Urry | TX0008472354 | 8/14/17 | Pearson |
| 163 | Campbell Biology in Focus, 3e | Lisa A. Urry | TX0008764205 | 7/15/19 | Pearson |
| 164 | Chemistry:  A Molecular Approach, 5e | Nivaldo J. Tro | TX0008764178 | 7/15/19 | Pearson |
| 165 | Clean Code: A Handbook of Agile Software Craftsmanship, 1e | Robert C. Martin | TX0006897293 | 11/3/08 | Pearson |
| 166 | College Mathematics for Trades and Technologies, 10e | Cheryl Cleaves | TX0008587024 | 5/4/18 | Pearson |
| 167 | Criminalistics: An Introduction to Forensic Science, 12e | Richard Saferstein | TX0008541729 | 10/27/17 | Pearson |
| 168 | Developmental Mathematics, 4e | Elayn Martin-Gay | TX0008766302 | 6/25/19 | Pearson |
| 169 | Electric Circuits 11e | James Nilsson | TX0008712906 | 12/6/18 | Pearson |
| 170 | Elementary Statistics, 13e | Mario F. Triola | TX0008529881 | 10/2/17 | Pearson |
| 171 | Elements of the Nature and Properties of Soils, 3e | Nyle C. Brady | TX0007042871 | 9/22/09 | Pearson |
| 172 | Emergency Medical Responder: First on Scene, 10e | Chris  Le Baudour | TX0008122683 | 6/25/15 | Pearson |
| 173 | Engineering Economy, 17e | William G. Sullivan | TX0008733523 | 1/24/19 | pearson |
| 174 | Essentials of Organizational Behavior, 14e | Stephen P. Robbins | TX0008589438 | 9/22/17 | Pearson |

*Cengage Learning, Inc. et al. v. Does 1-50 d/b/a Library Genesis et al.* (S.D.N.Y.)

**Exhibit A: Plaintiffs' Authentic Works**

| | Title | Author | Copyright Registration Number | Copyright Reg Date | Publisher |
|---|---|---|---|---|---|
| 175 | Essentials of Statistics, 6e | Mario F. Triola | TX0008602149 | 6/8/18 | Pearson |
| 176 | Financial Management: Principles and Applications, 13e | Sheridan Titman | TX0008497438 | 10/2/17 | Pearson |
| 177 | Foundations For Clinical Mental Health Counseling An Introduction To The Profession, 3e | Mark S. Gerig | TX0008419504 | 6/8/17 | Pearson |
| 178 | Foundations of Finance, 10e | Arthur J. Keown | TX0008771892 | 6/25/19 | Pearson |
| 179 | Fundamentals of Clinical Supervision, 6e | Janine M. Bernard | TX0008604652 | 6/8/18 | Pearson |
| 180 | Fundamentals of Web Development, 2e | Randy Connolly | TX0008597795 | 11/21/17 | Pearson |
| 181 | Human Anatomy & Physiology, 11e | Elaine N. Marieb | TX0008592257 | 6/8/18 | Pearson |
| 182 | Human Anatomy & Physiology, 2e | Erin C. Amerman | TX0008592237 | 6/8/18 | Pearson |
| 183 | Human Learning, 8e | Jeanne Ellis Ormrod | TX0008770718 | 7/12/19 | Pearson |
| 184 | Intermediate Algebra For College Students, 10e | Dennis C. Runde | TX0008590405 | 5/25/18 | Pearson |
| 185 | Interpersonal Communication: Relating to Others, 9e | Steven A. Beebe | TX0008771084 | 6/26/19 | Pearson |
| 186 | Introductory Chemistry, 6e | Nivaldo J. Tro | TX0008464936 | 8/24/17 | Pearson |
| 187 | Management Information Systems: Managing the Digital Firm, 16e | Kenneth C. Laudon | TX0008792067 | 8/29/19 | Pearson |
| 188 | Marketing Research, 9e | Alvin C. Burns | TX0008771942 | 6/25/19 | Pearson |
| 189 | Microbiology With Diseases By Taxonomy, 6e | Robert W. Bauman | TX0008766307 | 6/25/19 | Pearson |
| 190 | Microbiology: A Laboratory Manual, 12e (Loose-Leaf Edition) | James G. Cappuccino | TX0008792726 | 8/29/19 | Pearson |
| 191 | Microeconomics: Theory and Applications with Calculus, 5e | Jeffrey M. Perloff | TX0008787464 | 8/29/19 | Pearson |
| 192 | Modern Systems Analysis & Design, 9e | Joseph S. Valacich | TX0008789292 | 9/5/19 | Pearson |
| 193 | Pathophysiology Concepts of Human Disease, 1e | Matthew Sorensen | TX0008774441 | 1/24/19 | Pearson |
| 194 | Prebles' Artforms, 11e | Patrick L. Frank | TX0007814257 | 1/15/14 | Pearson |
| 195 | Probability and Statistical Inference, 10e | Robert V. Hogg | TX0008792541 | 8/29/19 | Pearson |
| 196 | Profit Without Honor: White Collar Crime & the Looting of America, 7e | Stephen M. Rosoff | TX0008770802 | 7/12/19 | Pearson |
| 197 | Quantitative Analysis for Management, 11e | Barry Render | TX0007379726 | 5/25/11 | Pearson |
| 198 | Systems Analysis and Design, 10e | Kenneth E. Kendall | TX0008598176 | 5/4/18 | Pearson |
| 199 | Using & Understanding Mathematics: A Quantitative Reasoning Approach, 7e | Jeffrey O. Bennett | TX0008592235 | 6/8/18 | Pearson |
| 200 | Working Effectively with Legacy Code, 1e | Michael Feathers | TX0006085105 | 12/9/04 | Pearson |

*Cengage Learning, Inc. et al. v. Does 1-50 d/b/a Library Genesis et al.* (S.D.N.Y.)