UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, MCGRAW HILL LLC, and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 – 50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm, libgen.rocks, libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhf.com, <br><br> Defendants. | Civil Action No.  23-cv-08136-CM |

### DECLARATION OF KEVIN P. LINDSEY
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, **Kevin P. Lindsey**, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. This declaration is submitted in support of a request for entry of an Order permitting me to appear pursuant to Local Civil Rule 1.3 of the Rules of the United States District Court for the Southern District of New York.

2. I am a member in good standing of the bars of New York and the District of Columbia. I was admitted to the New York Bar on October 16, 2019. I was admitted to the District of Columbia Bar on February 4, 2019.

3. Attached as **Exhibit A** are true and correct copies of certificates of good standing for me, issued within the past 30 days, from the bars of New York and the District of Columbia.

4. My current contact information is as follows:

> Kevin P. Lindsey
> Oppenheim + Zebrak, LLP

4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
T: (202) 450-5593 F: (866) 766-1678
klindsey@oandzlaw.com

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2023 in Washington, D.C.

_____
Kevin P. Lindsey

District of Columbia
Signed and Sworn to (or affirmed) before me on 9/28/23 (Date)
by Kevin Lindsey
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: [signature]
Title of Office: Notary Public
My Commission Expires: June 30, 2028