UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, MCGRAW HILL LLC, and PEARSON EDUCATION, INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DOES 1 – 50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm, libgen.rocks, libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhlf.com,<br><br>　　　　Defendants. | Civil Action No.  23-cv-08136-CM |

## PLAINTIFFS' MOTION TO SERVE DEFENDANTS BY EMAIL

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declarations of Dan Seymour and Kevin Lindsey filed in support, and the entire record herein, Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, McGraw Hill LLC, and Pearson Education, Inc. (collectively, "Plaintiffs") hereby move for an Order authorizing Plaintiffs to serve Defendants with the Complaint and Summons, and the other papers required to be served in this case, by electronic means.  As set forth in Plaintiffs' Memorandum of Law, Defendants locations are unknown, and email is the best way to provide them with notice of this action.  Plaintiffs' Motion should be granted pursuant to Federal Rule of Civil Procedure 4(f)(3), which is applicable to Defendants located abroad, or, if any Defendants are located in the United States, N.Y. Civil Practice Law and Rule § 308(5).

Dated:  October 9, 2023

Respectfully submitted,

/s/ *Kevin Lindsey*
Kevin Lindsey (*pro hac vice*)

Matthew J. Oppenheim

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Tel:  (202) 480-2999
matt@oandzlaw.com
klindsey@oandzlaw.com

*Attorneys for Plaintiffs*