# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY,<br><br>Plaintiff,<br><br>v.<br><br>SCI-HUB d/b/a WWW.SCI-HUB.CC,<br>JOHN DOEs 1-99,<br><br>Defendants. | No. 1:17-cv-00726-LMB-JFA |

## ORDER FOR SERVICE
## BY PUBLICATION AND EMAIL

Upon consideration of Plaintiff's Motion for Alternate Service and Plaintiff's Memorandum of Law in support thereof, IT IS HEREBY ORDERED:

1. That a copy of this Order be published in either *The Washington Post* or *The Washington Times* within fourteen (14) days after entry of this Order and that a declaration be filed on Plaintiff's behalf, no later than twenty (20) days after the entry of this Order, describing the steps that have been taken to comply with this Order.

2. That Plaintiff shall serve a copy of this Order on Defendants via the e-mail addresses service@todaynic.com, admin@sci-hub.io, support@sci-hub.org, sci-hub.org@gmail.com, and 5438063a3qami6zo@5225b4d0pi3627q9@whoisprivacycorp.com.

3. That Defendants are hereby advised:

    A. Plaintiff has filed a Verified Complaint charging the Defendants with direct and contributory copyright infringement under the Copyright Act, 17 U.S.C. § 101, trademark counterfeiting and infringement under the Lanham Act, 15 U.S.C. § 1114(1), and

conversion under Virginia law (the "Counts"). A copy of the Verified Complaint may be obtained from Plaintiff's counsel, David E. Weslow, Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006, telephone (202)719-7000.

   B. In the event the Plaintiff prevails under the Counts, remedies could include injunctive relief, monetary damages, and/or attorney's fees.

   C. Any answer or other response to the Verified Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within twenty-one (21) days from the date of publication of this Order in either *The Washington Post* or *The Washington Times*. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against Defendants.

  4. That the foregoing steps shall be deemed to constitute service of the Verified Complaint on Defendants Sci-Hub and John Does 1-99 pursuant to the Federal Rules of Civil Procedure.

  Entered this 17th day of July, 2017.

/s/
Leonie M. Brinkema
United States District Judge

2