# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSEVIER INC., ELSEVIER B.V., ELSEVIER
LTD.

                                        Plaintiffs,

        v.

SCI-HUB d/b/a WWW.SCI-HUB.ORG, THE
LIBRARY GENESIS PROJECT d/b/a
LIBGEN.ORG, ALEXANDRA ELBAKYAN,
JOHN DOES 1-99,

                                        Defendants.

---

Index No. 15-cv-4282 (RWS)

**PROPOSED ORDER** *&* 

~~JUDGMENT~~

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6-21-17

On June 3, 2015, Plaintiffs Elsevier Inc., Elsevier B.V., and Elsevier Ltd. (collectively "Elsevier" or "Plaintiffs") commenced this action with a Complaint seeking damages and injunctive relief against Sci-Hub and its operator Alexandra Elbakyan and (collectively the "Sci-Hub Defendants") and The Library Genesis Project and its operators (collectively the "LibGen Defendants"). On June 11, 2015, Plaintiffs moved the Court for an Order to Show Cause for a Preliminary Injunction, which this Court granted on June 18, 2015. On July 1, 2015, Plaintiffs filed Affidavits of Service attesting to service on all Defendants.

The Defendants, having been served with the Complaint, Order to Show Cause, and related papers, did not appear or oppose Plaintiffs' application for a Preliminary Injunction. On October 30, 2015, this Court granted Plaintiffs' application and entered a Preliminary Injunction against all Defendants.

No Defendant has appeared following the entry of the Preliminary Injunction or answered the Complaint. The time for answering the Complaint has expired.

On May 16, 2017, Plaintiffs moved the Court for an Order to Show Cause for a final Default Judgment and for a Permanent Injunction. Having reviewed the Complaint, Motion for Default Judgement, and all related pleadings, declarations, and other materials submitted to this Court, Plaintiffs have demonstrated that:

1. Defendants have been properly served with the Summons and Complaint;

2. To the best of Elsevier's knowledge, Defendants are not infants, incompetent, or in the military services of the United States;

3. Because Defendants have not filed an Answer or otherwise defended this action, the Clerk of Court entered a default against all Defendants on February 16, 2017;

4. Elsevier is the owner of numerous valid and enforceable federally-registered copyrights in various books and journal articles in the fields of science, medicine, and health, including the works described in Exhibit A (collectively the "Copyrighted Works");

5. Defendants have infringed Elsevier's copyrights in the Copyrighted Works by reproducing and distributing the Copyrighted Works through their websites, which include or have included those listed in Exhibit B; *and*

6. Defendants Alexandra Elbakyan, Sci-Hub, The Library Genesis Project, and Bookfi.org, have each disregarded the Preliminary Injunction in this action by continuing to infringe Elsevier's copyrights in the Copyrighted Works.

**THIS COURT HEREBY FINDS** that Defendants are liable for willful copyright infringement under 17 U.S.C. §§ 101, *et. seq.*, and this Default Judgment and Permanent Injunction ("Permanent Injunction") is entered against each Defendant.

**IT IS HEREBY ORDERED** that:

1. Defendants, their officers, directors, principals, agents, servants, employees, successors and assigns, and all persons and entities acting in active concert or participation with them, are hereby permanently enjoined and restrained from unlawful access to, use, reproduction, and/or distribution of Elsevier's copyrighted works and from assisting, aiding, or abetting any other person or business entity in engaging in unlawful access to, use, reproduction, and/or distribution of Elsevier's copyrighted works.

2. The TLD Registries for the Defendants' websites, or their administrators shall transfer ownership of the domains listed in Exhibit B hereto to Elsevier Inc.

3. Pursuant to 17 U.S.C. § 504(c), Elsevier is awarded statutory damages against the Defendants for copyright infringement in the amount of $150,000 for each of the 100 infringed copyrights identified in Exhibit A to this Permanent Injunction, for a total of $15,000,000, which award shall bear interest from the date of this Permanent Injunction at the rate provided by law.

4. Defendants shall destroy all unauthorized copies of Elsevier's copyrighted works that they have in their possession, custody, or control.

5. In the event that Elsevier discovers that any of the Defendants have violated any of the terms of this Permanent Injunction, whether in connection with websites identified in these proceedings, new websites owned or operated by Defendants, or through any other means, Elsevier may move the Court for a supplemental order as may be appropriate to effectuate the purposes of this Permanent Injunction.

6. The bond posted to secure the Preliminary Injunction in this litigation shall be returned.

7. This Court shall retain jurisdiction over the parties and the subject matter of this litigation

   for the purpose of interpretation and enforcement of this Permanent Injunction.

This is a **FINAL JUDGEMENT**

The Clerk of Court is directed to close this case.

Dated: _6/11_, 2017
New York, New York

Robert W. Sweet
U.S.D.J.

**Exhibit A - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen**

| | DOI | Journal | Title | Registration No. |
|---|---|---|---|---|
| 1 | 10.1016/j.actpsy.2015.05.014 | Acta Psychologica | Proficiency and Sentence Constraint Effects on Second Language Word Learning | TX0008138204 |
| 2 | 10.1016/j.agwat.2015.08.001 | Agricultural Water Management | Enhancement of nitrate removal in constructed wetlands utilizing a combined autotrophic and heterotrophic denitrification technology for treating hydroponic wastewater containing high nitrate and low organic carbon concentrations | TX0008149250 |
| 3 | 10.1016/j.apgeog.2015.03.016 | Applied Geography | Using Simulated Data to Investigate the Spatial Patterns of Obesity Prevalence at the Census Tract Level in Metropolitan Detroit | TX0008128130 |
| 4 | 10.1016/j.apsusc.2015.05.178 | Applied Surface Science | Microwave-assisted Aqueous Synthesis of Transition Metal Ions Doped ZnSe/ZnS Core/Shell Quantum Dots with Tunable White-Light Emission | TX0008161612 |
| 5 | 10.1016/j.bej.2015.04.006 | Biochemical Engineering Journal | FREE SURFACE OXYGEN TRANSFER IN LARGE ASPECT RATIO UNBAFFLED BIO-REACTORS, WITH OR WITHOUT DRAFT-TUBE | TX0008119974 |
| 6 | 10.1016/j.cattod.2014.03.074 | Catalysis Today | Immobilization of Pd(II) on MOFs as a Highly Active Heterogeneous Catalyst for Suzuki-Miyaura and Ullmann-Type Coupling Reactions | TX0008051074 |
| 7 | 10.1016/j.enbuild.2015.09.037 | Energy & Buildings | Energy efficiency and thermal behaviour of attached sunspaces, in the residential architecture in Spain. Summer (II) | TX0008179448 |
| 8 | 10.1016/j.engappai.2013.04.008 | Engineering Applications of Artificial Intelligence | Evaluation of a Set of New ORF Kernel Functions of SVM for Speech Recognition | TX0007949003 |
| 9 | 10.1016/j.eswa.2015.07.061 | Expert Systems With Applications | An Integrated Fuzzy AHP and Fuzzy MOORA Approach to The Problem of Industrial Engineering Sector Choosing | TX0008149208 |
| 10 | 10.1016/j.ibiod.2015.02.019 | International Biodeterioration & Biodegradation | Simultaneous biological nitrogen and phosphorus removal with a sequencing batch reactor-biofilm system | TX0008127326 |

**Exhibit B - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen**

|    | DOI                                 | Journal                                                   | Title                                                                                                                                                                             | Registration No. |
|----|-------------------------------------|-----------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|
| 11 | 10.1016/j.ijsolstr.2015.08.002      | International Journal of Solids and Structures            | Variational Asymptotic Analysis for Plates of Variable Thickness                                                                                                                 | TX0008297282     |
| 12 | 10.1016/j.jallcom.2015.05.083       | Journal of Alloys and Compounds                          | Structural and optical properties of alloyed quaternary CdSeTeS core and CdSeTeS/ZnS core-shell quantum dots                                                                     | TX0008150225     |
| 13 | 10.1016/j.jbankfin.2015.01.013      | Journal of Banking and Finance                           | OIL PRICES, US STOCK RETURN, AND THE DEPENDENCE BETWEEN THEIR QUANTILES                                                                                                          | TX0008097541     |
| 14 | 10.1016/j.jcis.2007.03.070          | Journal of Colloid And Interface Science                 | Temperature effects on the surface acidity properties of zirconium diphosphate                                                                                                   | TX0006628143     |
| 15 | 10.1016/j.jcis.2008.03.041          | Journal of Colloid And Interface Science                 | Surface Complexation Modelling of Uranium (VI) Sorbed onto Zirconium Oxophosphate versus Temperature: Thermodynamic and Structural Approaches                                    | TX0006661631     |
| 16 | 10.1016/j.jfluidstructs.2013.09.018 | Journal of Fluids and Structures                         | Effect of Multiple Engine Placement on Aeroelastic Trim and Stability of Flying Wing Aircraft                                                                                     | TX0007960416     |
| 17 | 10.1016/j.jfluidstructs.2013.09.020 | Journal of Fluids and Structures                         | Passive Morphing of Flying Wing Aircraft - Z-Shaped Configuration                                                                                                                | TX0007960416     |
| 18 | 10.1016/j.jfluidstructs.2015.06.017 | Journal of Fluids and Structures                         | Treatment of hydroelastic impact of flexible wedges                                                                                                                              | TX0008288252     |
| 19 | 10.1016/j.jmbbm.2015.08.043         | Journal of the Mechanical Behavior of Biomedical Materials | The Surface Grafting of Graphene Oxide with Poly(ethylene glycol) as a Reinforcement for Poly(lactic acid) Nanocomposite Scaffolds for Potential Tissue Engineering Applications | TX0008202064     |
| 20 | 10.1016/j.jmmm.2015.02.045          | Journal of Magnetism and Magnetic Materials              | Magnetic Relaxation Behavior in the Bi2Sr2Ca2Cu3-xMoxO10+ System Fabricated by Glass-Ceramic Technique                                                                           | TX0008083208     |
| 21 | 10.1016/j.jphotobiol.2015.05.018    | Journal of Photochemistry & Photobiology, B: Biology     | Preparation and characterization of injectable Mitoxantrone Poly (lactic acid)/ Fullerene implants for in vivo chemo-photodynamic therapy                                        | TX0008160383     |
| 22 | 10.1016/j.jpowsour.2013.09.100      | Journal of Power Sources                                 | Oxidation study of coated Crofer 22 APU steel in dry oxygen                                                                                                                      | TX0007958470     |

Case 1:23-cv-04282-RWSD Document 43 Filed 06/29/23 Page 8 of 16

Case 1:15-cv-04282-RWS Document 81-2 Filed 05/16/17 Page 3 of 10
Exhibit B - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen

| | DOI | Journal | Title | Registration No. |
|---|---|---|---|---|
| 23 | 10.1016/j.jvlc.2014.08.002 | Journal of Visual Languages and Computing | Design, Realization and User Evaluation of the SmartVortex Visual Query System for Accessing Data Streams in Industrial Engineering Applications | TX0008022208 |
| 24 | 10.1016/j.matdes.2014.08.042 | Materials and Design | Critical Materials from a Product Design perspective | TX0008007437 |
| 25 | 10.1016/j.measurement.2014.06.001 | Measurement | Indirect Measure of Shale Shear Strength Parameters by Means of Rock Index Tests through an Optimized Artificial Neural Network | TX0007979838 |
| 26 | 10.1016/j.memsci.2013.04.034 | Journal of Membrane Science | Separation of butanol from ABE mixtures by sweep gas pervaporation using a supported gelled ionic liquid membrane: analysis of transport phenomena and selectivity | TX0007793759 |
| 27 | 10.1016/j.nut.2013.09.007 | Nutrition | Probiotic supplementation improves inflammatory status in rheumatoid arthritis patients | TX0007971966 |
| 28 | 10.1016/j.oceaneng.2013.11.021 | Ocean Engineering | Numerical simulation of water impact of solid bodies with vertical and oblique entries | TX0007969427 |
| 29 | 10.1016/j.optmat.2015.05.024 | Optical Materials | Optical properties of water-soluble L-cysteine-capped alloyed CdSeS quantum dot passivated with ZnSeTe and ZnSeTe/ZnS shells | TX0008097525 |
| 30 | 10.1016/j.pep.2007.12.005 | Protein Expression and Purification | High-level expression, purification and characterization of recombinant Aspergillus oryzae alkaline protease in Pichia pastoris | TX0006679818 |
| 31 | 10.1016/j.poly.2013.11.038 | Polyhedron | Synthesis, Structural Characterization and Application of a 2D Coordination Polymer of Mn-terephthalate as a Heterogeneous Catalyst for Olefin Oxidation | TX0007939399 |
| 32 | 10.1016/j.powtec.2013.04.029 | Powder Technology | Physical characterization of sweet sorghum bagasse, tobacco residue, soy hull and fiber sorghum bagasse particles: density, particle size and shape distributions | TX0007783613 |
| 33 | 10.1016/j.powtec.2013.11.035 | Powder Technology | Characterization method of average gas-solid drag for regular and irregular particle groups | TX0007946832 |

| | DOI | Journal | Title | Registration No. |
|---|---|---|---|---|
| 34 | 10.1016/j.synthmet.2015.04.015 | Synthetic Metals | Synthesis and photophysical properties of nanocomposites of aluminum tetrasulfonated phthalocyanine covalently linked to glutathione capped CdTe/CdS/ZnS quantum dots | TX0008175155 |
| 35 | 10.1016/j.tetlet.2013.04.043 | Tetrahedron Letters | Multiple phosphate-linked nucleotide couplings via 5' silyl ether protection in the phosphite triester and phosphoramidite approaches | TX0007924784 |
| 36 | 10.1016/j.tsf.2015.07.023 | Thin Solid Films | Effect of Co deposition on oxidation behavior and electrical properties of ferritic steel for solid oxide fuel cell interconnects | TX0008172249 |
| 37 | 10.1016/j.watres.2015.05.010 | Water Research | Determination of the external mass transfer coefficient and influence of mixing intensity in moving bed biofilm reactors for wastewater treatment | TX0008128565 |
| 38 | 10.1016/j.ympev.2015.07.026 | Molecular Phylogenetics and Evolution | ddRAD-seq phylogenetics based on nucleotide, indel, and presence-absence polymorphisms: analyses of two avian genera with contrasting histories | TX0008203790 |
| 39 | 10.1016/j.urolonc.2015.02.009 | Urologic Oncology: Seminars and Original Investigations | Next Generation Sequencing technology in prostate cancer diagnosis, prognosis and personalized treatment | TX0008134478 |
| 40 | 10.1016/j.ijpharm.2014.12.057 | International Journal of Pharmaceutics | Lactoferrin- and antitransferrin-modified liposomes for brain targeting of the NK3 receptor agonist senktide: preparation and in vivo evaluation. | TX0008035192 |
| 41 | 10.1016/j.cellsig.2015.10.015 | Cellular Signalling | Gene expression profiling reveals the role of RIG1 like receptor signaling in p53 dependent apoptosis induced by PUVA in keratinocytes | TX0008160408 |
| 42 | 10.1016/j.clgc.2013.07.004 | Clinical Genitourinary Cancer | Considerations for the design of future clinical trials in metastatic renal cell carcinoma | TX0008102812 |

**Exhibit B - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen**

| | **DOI** | **Journal** | **Title** | **Registration No.** |
|---|---|---|---|---|
| 43 | 10.1016/j.finel.2015.07.001 | Finite Elements in Analysis & Design | Method for the explicit insertion of microstructure in Cellular Automata Finite Element (CAFE) models based on an irregular tetrahedral Finite Element mesh: Application in a multi-scale Finite Element Microstructure MEshfree framework (FEMME). | TX0008179438 |
| 44 | 10.1016/j.ibusrev.2014.11.006 | International Business Review | How do marketing, research and development capabilities, and degree of internationalization synergistically affect the innovation performance of small and medium-sized enterprises (SMEs)? A panel data study of Chinese SMEs | TX0008128432 |
| 45 | 10.1016/j.cca.2013.09.017 | Clinica Chimica Acta | Molecular characterization of 7 new alpha-1 anti-trypsin (A1AT) variants including two with an associated deficient phenotype | TX0007948394 |
| 46 | 10.1016/j.adiac.2013.03.007 | Advances in Accounting | AIA submission: CEO overconfidence and the incidence of financial restatement | TX0007929923 |
| 47 | 10.1016/j.ab.2015.09.020 | Analytical Biochemistry | Specific determination of influenza H7N2 virus based on biotinylated single-domain antibody from a phage-displayed library | TX0008280730 |
| 48 | 10.1016/j.acha.2014.06.006 | Applied and Computational Harmonic Analysis | Representation of functions on big data: Graphs and trees | TX0008120874 |
| 49 | 10.1016/j.ins.2015.03.027 | Information Sciences | Re-Stream: Real-time and energy-efficient resource scheduling in big data stream computing environments | TX0008117867 |
| 50 | 10.1016/j.ins.2015.02.033 | Information Sciences | Universal designated verifier transitive signatures for graph-based big data | TX0008117869 |
| 51 | 10.1016/j.ijpe.2014.12.034 | International Journal of Production Economics | Harvesting big data to enhance supply chain innovation capabilities: An analytic infrastructure based on deduction graph | TX0008099658 |
| 52 | 10.1016/j.scriptamat.2015.10.011 | Scripta Materialia | In situ transmission electron microscopy mechanical deformation and fracture of a silver nanowire | TX0008257187 |
| 53 | 10.1016/j.epsl.2015.04.002 | Earth and Planetary Science Letters | Recording the transition from flare-up to steady-state arc magmatism at the Purico–Chascon volcanic complex, northern Chile | TX0008074719 |

|    | DOI | Journal | Title | Registration No. |
|----|-----|---------|-------|------------------|
| 54 | 10.1016/j.jvb.2015.03.003 | Journal of Vocational Behavior | The incremental validity of organizational commitment, organizational trust, and organizational identification | TX0008093319 |
| 55 | 10.1016/j.wear.2015.11.004 | Wear | Role of the friction layer in the high-temperature pin-on-disc study of a brake material | TX0008202671 |
| 56 | 10.1016/j.bej.2015.10.027 | Biochemical Engineering Journal | Optimization denitrifying phosphorus removal at different hydraulic retention times in a novel anaerobic anoxic oxic-biological contact oxidation process | TX0008179313 |
| 57 | 10.1016/j.engfailanal.2015.10.002 | Engineering Failure Analysis | A study of the wear damage on gas turbine blades | TX0008298593 |
| 58 | 10.1016/j.biortech.2015.07.090 | Bioresource Technology | Nitrogen removal performance and microbial distribution in pilot- and full-scale integrated fixed-biofilm activated sludge reactors based on nitritation-anammox process | TX0008151125 |
| 59 | 10.1016/j.watres.2015.08.019 | Water Research | Treatment of oil sands process-affected water (OSPW) using ozonation combined with integrated fixed-film activated sludge (IFAS) | TX0008148980 |
| 60 | 10.1016/j.renene.2014.11.004 | Renewable Energy | Experimental and theoretical analysis of the stress–strain state of anisotropic multilayer composite panels for wind turbine blade | TX0008093379 |
| 61 | 10.1016/j.ijheatfluidflow.2015.09.001 | International Journal of Heat and Fluid Flow | An experimental and computational study of tip clearance effects on a transonic turbine stage | TX0008205108 |
| 62 | 10.1016/j.jeurceramsoc.2014.05.016 | Journal of the European Ceramic Society | High temperature internal friction measurements of 3YTZP zirconia polycrystals. High temperature background and creep | TX0008043665 |
| 63 | 10.1016/j.triboint.2014.03.010 | Tribology International | Effects of compressive stresses on torsional fatigue | TX0008033755 |
| 64 | 10.1016/j.triboint.2014.09.016 | Tribology International | Nonlinear dynamic analysis of rotary seal ring considering creep rotation | TX0008012243 |

**Exhibit B - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen**

|    | DOI | Journal | Title | Registration No. |
|----|-----|---------|-------|------------------|
| 65 | 10.1016/j.apenergy.2014.12.055 | Applied Energy | Theoretical modeling and experimental investigations for the improvement of the mechanical efficiency in sliding vane rotary compressors | TX0008102189 |
| 66 | 10.1016/j.applthermaleng.2015.07.021 | Applied Thermal Engineering | Thermal deformation prediction based on the temperature distribution of the rotor in rotary air-preheater | TX0008203511 |
| 67 | 10.1016/j.surg.2015.09.016 | Surgery | Clinical predictors of prolonged postresection hypotension after laparoscopic adrenalectomy for pheochromocytoma | TX0008263392 |
| 68 | 10.1016/j.respol.2014.12.008 | Research Policy | Understanding the emergence of new science and technology policies: Policy entrepreneurship, agenda setting and the development of the European Framework Programme | TX0008117570 |
| 69 | 10.1016/j.eurpolymj.2014.07.016 | European Polymer Journal | Monotonic loading and fatigue response of a bio-based polyamide PA11 and a petrol-based polyamide PA12 manufactured by selective laser sintering | TX0008042007 |
| 70 | 10.1016/j.eurpolymj.2014.08.004 | European Polymer Journal | Morphology of polymeric powders in Laser Sintering (LS): From Polyamide to new PEEK powders | TX0008042007 |
| 71 | 10.1016/j.eurpolymj.2014.04.004 | European Polymer Journal | In situ polymerised polyamide 6/sepiolite nanocomposites: Effect of different interphases | TX0008001090 |
| 72 | 10.1016/j.jprot.2015.05.035 | Journal of Proteomics | Venomics of the beaked sea snake, Hydrophis schistosus: A minimalist toxin arsenal and its cross-neutralization by heterologous antivenoms | TX0008127052 |
| 73 | 10.1016/j.jaridenv.2014.04.010 | Journal of Arid Environments | Snake bites in the Arabian Peninsula, a review article | TX0008007267 |
| 74 | 10.1016/j.toxicon.2014.08.063 | Toxicon | Ten years of snakebites in Iran | TX0008057768 |
| 75 | 10.1016/j.jembe.2015.07.011 | Journal of Experimental Marine Biology and Ecology | Effects of environmental variables on the movement and space use of coastal sea snakes over multiple temporal scales | TX0008211358 |

**Exhibit B - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen**

|    | DOI | Journal | Title | Registration No. |
|----|-----|---------|-------|------------------|
| 76 | 10.1016/j.nbd.2014.07.014 | Neurobiology of Disease | VPS35 dysfunction impairs lysosomal degradation of α-synuclein and exacerbates neurotoxicity in a Drosophila model of Parkinson's disease | TX0008065665 |
| 77 | 10.1016/j.scitotenv.2014.07.071 | Science of The Total Environment | Occurrence, distribution, sources and toxic potential of polycyclic aromatic hydrocarbons (PAHs) in surface soils from the Kumasi Metropolis, Ghana | TX0008103109 |
| 78 | 10.1016/j.yexcr.2015.07.003 | Experimental Cell Research | Expression and subcellular localization of the Qa-SNARE syntaxin17 in human eosinophils | TX0008172566 |
| 79 | 10.1016/j.biortech.2014.12.072 | Bioresource Technology | Biodiesel production from microalgae oil catalyzed by a recombinant lipase | TX0008025794 |
| 80 | 10.1016/j.nanoen.2015.02.024 | Nano Energy | Template-directed construction of nanostructure arrays for highly-efficient energy storage and conversion | TX0008128448 |
| 81 | 10.1016/j.euroecorev.2015.08.004 | European Economic Review | Corporate governance, environmental regulations, and technological change | TX0008294820 |
| 82 | 10.1016/j.iref.2015.06.006 | International Review of Economics & Finance | Do strong corporate governance firms still require political connection, and vice versa? | TX0008195581 |
| 83 | 10.1016/j.frl.2015.02.007 | Finance Research Letters | Does corporate governance influence corporate risk-taking? Evidence from the Institutional Shareholders Services (ISS) | TX0008116399 |
| 84 | 10.1016/j.bioelechem.2015.11.001 | Bioelectrochemistry | Wiring microbial biofilms to the electrode by osmium redox polymer for the performance enhancement of microbial fuel cells | TX0008179320 |
| 85 | 10.1016/j.cej.2015.08.100 | Chemical Engineering Journal | Nitrogen removal in a two-chambered microbial fuel cell: Establishment of a nitrifying–denitrifying microbial community on an intermittent aerated cathode | TX0008222777 |
| 86 | 10.1016/j.econlet.2015.05.006 | Economics Letters | The welfare economics of infectious happiness | TX0008142569 |
| 87 | 10.1016/j.jpowsour.2015.07.103 | Journal of Power Sources | AC power generation from microbial fuel cells | TX0008270964 |

**Exhibit B - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen**

|    | DOI | Journal | Title | Registration No. |
|----|-----|---------|-------|------------------|
| 88 | 10.1016/j.aca.2015.07.019 | Analytica Chimica Acta | Electrochemical detection in paper-based analytical devices using microwire electrodes | TX0008290050 |
| 89 | 10.1016/j.advengsoft.2015.02.005 | Advances in Engineering Software | Thin crack observation in a reinforced concrete bridge pier test using image processing and analysis | TX0008074030 |
| 90 | 10.1016/j.agwat.2015.06.018 | Agricultural Water Management | Environmental and economic analysis of using SWAT to simulate the effects of switchgrass production on water quality in an impaired watershed | TX0008127056 |
| 91 | 10.1016/j.amc.2015.04.116 | Applied Mathematics and Computation | Long-time behavior of a suspension bridge equations with past history | TX0008129468 |
| 92 | 10.1016/j.aml.2014.10.013 | Applied Mathematics Letters | A mean value algorithm for Toeplitz matrix completion | TX0008017000 |
| 93 | 10.1016/j.anucene.2014.04.033 | Annals of Nuclear Energy | The scenario-based system of workers training to prevent accidents during decommissioning of nuclear facilities | TX0007973081 |
| 94 | 10.1016/j.apcatb.2014.03.025 | Applied Catalysis B: Environmental | Insights into the influence of the Ag loading on Al2O3 in the H2-assisted C3H6-SCR of NOx | TX0007956416 |
| 95 | 10.1016/j.apm.2014.06.022 | Applied Mathematical Modelling | A new mathematical explanation of what triggered the catastrophic torsional mode of the Tacoma Narrows Bridge | TX0008006647 |
| 96 | 10.1016/j.apsusc.2014.09.133 | Applied Surface Science | Effect of the presence of cationic polyacrylamide on the surface properties of aqueous alumina suspension-stability mechanism | TX0008006680 |
| 97 | 10.1016/j.apsusc.2015.07.052 | Applied Surface Science | Optimization of process factors for self-healing vanadium-based conversion coating on AZ31 magnesium alloy | TX0008186059 |
| 98 | 10.1016/j.autcon.2014.02.016 | Automation in Construction | Rapid and automated determination of rusted surface areas of a steel bridge for robotic maintenance systems | TX0007956785 |
| 99 | 10.1016/j.autcon.2014.06.005 | Automation in Construction | A lightweight bridge inspection system using a dual-cable suspension mechanism | TX0008025197 |

**Exhibit B - List of 100 Representative Elsevier Works Infringed by Sci-Hub and LibGen**

| | DOI | Journal | Title | Registration No. |
|---|---|---|---|---|
| 100 | 10.1016/B978-0-12-411549-1.00016-8 | | Emerging Markets and the Global Economy A Handbook | TX0007878578 |

**Exhibit B – Defendants' Domain Names**

### Sci-Hub Defendants

- sci-hub.org

### LibGen Defendants

- libgen.org

- libgen.info

- elibgen.org

- estrorecollege.org

- bookfi.org

- bookfi.net