# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

SAFAVIEH INTL, LLC,

           Plaintiff,

-- against --

CHENGDU JUNSEN FENGRUI TECHNOLOGY CO,
LTD.-TAO SHEN and DOES 1-10,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2023

Case No. 1:23-CV-03960-CM

~~PROPOSED~~ ORDER TO SHOW CAUSE FOR PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

Pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201(a)(1)(A), N.Y. CPLR § 302, and Fed. R. Civ. Pro. 4(k), Plaintiff Safavieh Intl LLC ("Safavieh" or "Plaintiff)", by its attorneys Kaufman & Kahn, LLP, have moved the Court ex parte for an Order Authorizing Alternate Service. Plaintiff proceeds on the basis that Defendants, through Amazon.com, are engaging in the unauthorized sale and distribution of Plaintiff's rug designs, which are the subjects of U.S. copyright registrations. Plaintiff seeks preliminary and permanent injunctive relief, compensatory, statutory, and punitive damages, and recovery of their reasonable costs and attorneys' fees. Details are set forth in the Complaint.

Upon the Court having reviewed the Complaint, the Memorandum of Law, and in support of Plaintiffs' motion Declaration of Bjorn Tuazon dated May 17, 2023, the Declaration of Haiyan Wu dated July 13, 2023, the Declaration of (Hunter) Hongtao Wang dated July 13, 2023, and the Declaration of Mark S. Kaufman dated July 14, 2023, ~~it is~~;

[Handwritten: I find that the π has exercised diligent efforts to locate the actual address of Defendant but has been unable to do so, and]

ORDERED, that Plaintiff may serve copies of this Order, the Complaint, Summons, and Plaintiff's ex parte application (together with all supporting declarations and other documents) on the Defendants through the email address junsen336@163.com and to any other email address that

[Handwritten: the address listed for Defendant is a false address. Therefore the Hague Convention does not apply and it is]

become known to Plaintiffs by means of the above-described expedited discovery or associated with Defendants' business. Plaintiffs shall promptly file proof of such service.

SO ORDERED this 5 day of Sept, 2023

_____
Colleen McMahon, United States District Judge for the Southern District of New York