# EXHIBIT 1

| Site Group | Libgen Site(s) | Source of Email Address | Email Address |
|---|---|---|---|
| 1 | libgen.is<br>libgen.rs<br>libgen.su<br>libgen.st<br>jlibgen.tk<br>library.lol | Webform from WHOIS database for libgen.is | https://sarek.fi/contact/libgen.is/registrant |
| | | Email address from WHOIS database for libgen.su | vlaimir@mail.ru |
| | | Webform from WHOIS database for libgen.st | https://sarek.fi/contact/libgen.st/registrant |
| | | Webform from WHOIS database for library.lol | https://tieredaccess.com/contact/c92b9688-d38a-4508-835a-1a40142bb777 |
| 2 | cdn1.booksdl.org<br>llhlf.com<br>libgen.ee<br>libgen.rocks<br>libgen.space<br>libgen.gs<br>libgen.li<br>libgen.lc<br>libgen.pm | Webform from WHOIS database for llhlf.com | https://porkbun.com/whois/contact/registrant/llhlf.com |
| | | Webform from WHOIS database for libgen.ee | https://rwhois.internet.ee/contact_requests/new?domain_name=libgen.ee&locale=en |
| | | Webform from WHOIS database for libgen.rocks | https://tieredaccess.com/contact/7b899793-c2d9-479c-89b6-e03844717043 |
| | | Anonymized email address from WHOIS database for libgen.space | 09d55b0b65744bdf9d09dabb08c22a2f.protect@withheldforprivacy.com |
| | | Email address from libgen.gs | ianzlib@protonmail.com |
| | | Email address from libgen.lc | ianzlib@protonmail.com |
| | | Webform from WHOIS database for libgen.pm | https://sarek.fi/contact/libgen.pm/registrant |
| 3 | libgen.fun | Anonymized email address from WHOIS database | 2b67ebed9ff14b2da8b124baf5129faa.protect@withheldforprivacy.com |