# EXHIBIT 2

HOME   RESEARCH



PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT

LOGIN   Sign Up

Home > Whois Lookup > LibGen.su

# Whois Record for LibGen.su

How does this work?

— Domain Profile

| | |
|---|---|
| **Registrar** | MASTERHOST-SU<br>IANA ID: —<br>URL: —<br>Whois Server: — |
| **Registrar Status** | REGISTERED, |
| **Dates** | 217 days old<br>Created on 2023-02-22<br>Expires on 2024-02-22 |
| **Name Servers** | NS.MASTERHOST.RU. (has 78,121 domains)<br>NS1.MASTERHOST.RU. (has 78,121 domains)<br>NS2.MASTERHOST.RU. (has 78,121 domains) |
| **IP Address** | 90.156.203.83 is hosted on a dedicated server |
| **IP Location** | 🇷🇺 - Moskva - Moskva - Masterhost.ru Is A Hosting And Technical Support Organization. |
| **ASN** | 🇷🇺 AS25532 MASTERHOST-AS LLC "MASTERHOST", RU (registered Dec 27, 2002) |
| **IP History** | 2 changes on 2 unique IP addresses over 0 years |
| **Hosting History** | 7 changes on 6 unique name servers over 6 years |

**Whois Record** ( last updated on 2023-09-27 )





Preview the Full Domain Report

**Tools**

| Hosting History |
| Monitor Domain Properties |
| Reverse IP Address Lookup |
| Network Tools |
| Visit Website |



View Screenshot History

Login   /   Register

# WHOIS

Lookup details on a domain registered with us:

libgen.is    Lookup

```
Name: libgen.is
Name Server: 1-you.njalla.no
Name Server: 2-can.njalla.in
Name Server: 3-get.njalla.fo
Updated Date: 2023-02-01T11:55:06.000Z
Creation Date: 2017-12-08T15:25:06.000Z
Expiration Date: 2023-12-08T00:00:00.000Z
Registrar Name: Sarek
Registrar WHOIS Server: whois.sarek.fi
Registrar URL: https://sarek.fi
Registrar Contact Email: abuse@sarek.fi
Registrar Contact Phone:
Domain Status: ok https://www.icann.org/epp#ok
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: REDACTED FOR PRIVACY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: REDACTED FOR PRIVACY
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://sarek.fi/contact/libgen.is/registrant
Registry Admin ID:
```

sarek.fi/whois/

Login   /   Register

# SAREK

Home   WHOIS   About   Contact   T&C   Abuse

# WHOIS

Lookup details on a domain registered with us:

libgen.st     [Lookup]

```
Name: libgen.st
Name Server: 1-you.njalla.no
Name Server: 2-can.njalla.in
Name Server: 3-get.njalla.fo
Updated Date: 2022-06-17T11:11:02+00:00
Creation Date: 2017-12-08T15:09:12+00:00
Expiration Date: 2023-12-08T15:09:12.000Z
Registrar Name: Sarek
Registrar WHOIS Server: whois.sarek.fi
Registrar URL: https://sarek.fi
Registrar Contact Email: abuse@sarek.fi
Registrar Contact Phone:
Domain Status: ok https://www.icann.org/epp#ok
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: REDACTED FOR PRIVACY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: REDACTED FOR PRIVACY
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://sarek.fi/contact/libgen.st/registrant
Registry Admin ID:
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
```

Tucows is the parent company of:   OpenSRS   Enom   Ascio   Hover



Provider Search    Whois Search    Report Abuse    Policies    FAQ

# Whois information

Domain Name: LIBRARY.LOL
Registry Domain ID: D307790716-CNIC
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2023-08-22T23:31:52
Creation Date: 2020-08-27T03:54:36
Registrar Registration Expiration Date: 2024-08-27T23:59:59
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Charlestown
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: KN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://tieredaccess.com/contact/fe6230b9-a2ce-4d23-a12f-202e33e54e0e
Registry Admin ID: