# EXHIBIT 3





## Whois results: libgen.space is already registered. Want it? Make an offer now.

**libgen.space** — REGISTERED IN 2016



Domain name: libgen.space
Registry Domain ID: D21432730-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2022-11-10T19:38:17.75Z
Creation Date: 2016-05-27T07:40:46.00Z
Registrar Registration Expiration Date: 2024-05-27T23:59:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 09d55b0b65744bdf9d09dabb08c22a2f.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf

ET EN RU

# Estonia .ee Top Level Domain WHOIS server

Search results may not be used for commercial, advertising, recompilation, repackaging, redistribution, reuse, obscuring or other similar activities.

## Domain

| | |
|---|---|
| **Name:** | libgen.ee |
| **Statuses:** | - ok (paid and in zone) |
| **Registered:** | 2022-07-25 13:06:39 +03:00 |
| **Changed:** | 2023-08-10 05:10:20 +03:00 |
| **Expire:** | 2024-07-26 00:00:00 +00:00 |
| **Outzone:** | |
| **Delete:** | |

## Registrant

| | |
|---|---|
| **Name:** | Private Person |
| **Email:** | Not Disclosed |
| **Last update:** | Not Disclosed |

## Administrative contacts

| | |
|---|---|
| **Name:** | Not Disclosed |
| **Email:** | Not Disclosed |

| Email: | Not Disclosed |
|---|---|
| Last update: | Not Disclosed |

## Administrative contacts

| Name: | Not Disclosed |
|---|---|
| Email: | Not Disclosed |
| Last update: | Not Disclosed |

## Technical contacts

| Name: | Not Disclosed |
|---|---|
| Email: | Not Disclosed |
| Last update: | Not Disclosed |

## Registrar

| Name: | NETIM |
|---|---|
| Website: | http://www.netim.com/domain-name/ee-domain.html |
| Phone: | |
| Last update: | 2021-08-03 15:51:43 +03:00 |

## Nameservers

- nserver: vip7.alidns.com
- nserver: vip8.alidns.com

| Last update: | 2023-08-10 05:10:20 +03:00 |
|---|---|

More information on http://internet.ee

Contact owner


Case 1:23-cv-08136-CM   Document 15-3   Filed 10/09/23   Page 7 of 10

whois.tld.ee/contact_requests/new?domain_name=libgen.ee&locale=e...

Eesti Interneti SA

ET  EN  RU

# Confirm your email

You will receive an one time link to confirm your email, and then send a message to the owner or administrator of the domain.
The link expires in 24 hours.

**Your email address**

**Your name**

**GET A LINK**

Estonian Internet Foundation is processing your personal data according to the objectives set out in the Data Protection Policy. By entering the data, you confirm that you agree to the processing of your personal data. See more here.

Case 1:23-cv-08136-CM   Document 15-3   Filed 10/09/23   Page 8 of 10

tucowsdomains.com/whois-result/

Tucows is the parent company of: **OpenSRS**  **Enom**  **Ascio**  **Hover**

## tucows/domains

Provider Search    Whois Search    Report Abuse    Policies    FAQ

# Whois information

Domain Name: LIBGEN.ROCKS
Registry Domain ID: 5f9d010dbc804291a9305aafbfc63dca-DONUTS
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2023-08-18T04:52:06
Creation Date: 2021-08-21T07:29:30
Registrar Registration Expiration Date: 2024-08-21T07:29:30
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Charlestown
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: KN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://tieredaccess.com/contact/c895f945-bede-4a3a-9f2e-9baf333170da
Registry Admin ID:

Login / Register



Home   WHOIS   About   Contact   T&C   Abuse

# WHOIS

Lookup details on a domain registered with us:

`libgen.pm`  [Lookup]

```
Name: libgen.pm
Name Server: mallory.ns.cloudflare.com
Name Server: rocky.ns.cloudflare.com
Updated Date: 2023-08-18T04:34:29.944581Z
Creation Date: 2022-02-28T17:13:54Z
Expiration Date: 2024-02-28T17:13:54.000Z
Registrar Name: Sarek
Registrar WHOIS Server: whois.sarek.fi
Registrar URL: https://sarek.fi
Registrar Contact Email: abuse@sarek.fi
Registrar Contact Phone:
Domain Status: ok https://www.icann.org/epp#ok
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: REDACTED FOR PRIVACY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: REDACTED FOR PRIVACY
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://sarek.fi/contact/libgen.pm/registrant
Registry Admin ID:
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
```



HOME    RESEARCH

PROFILE    CONNECT    MONITOR    SUPPORT

LOGIN    Sign Up

```
Domain Name: LLHLF.COM
Registry Domain ID: 2698238991_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.porkbun.com
Registrar URL: http://www.porkbun.com
Updated Date: 2023-05-19 01:08:51
Created Date: 2022-05-23 07:46:47
Registrar Registration Expiration Date: 2024-05-23 07:46:47
Registrar: Porkbun LLC
Registrar IANA ID: 1861
Registrar Abuse Contact Email: abuse@porkbun.com
Registrar Abuse Contact Phone: +1.5038508351
Domain Status: clientDeleteProhibited http://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited http://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Privacy
Registrant Organization: Private by Design, LLC
Registrant Street: 500 Westover Dr #9816
Registrant City: Sanford
Registrant State/Province: NC
Registrant Postal Code: 27330
Registrant Country: US
Registrant Phone: +1.9712666028
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: https://porkbun.com/whois/contact/registrant/llhlf.com
Registry Admin ID:
Admin Name: Whois Privacy
Admin Organization: Private by Design, LLC
Admin Street: 500 Westover Dr #9816
Admin City: Sanford
Admin State/Province: NC
Admin Postal Code: 27330
Admin Country: US
Admin Phone: +1.9712666028
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: https://porkbun.com/whois/contact/admin/llhlf.com
Registry Tech ID:
Tech Name: Whois Privacy
Tech Organization: Private by Design, LLC
Tech Street: 500 Westover Dr #9816
```



View Screenshot History

**Available TLDs**

**General TLDs**    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- Taken domain.
- Available domain.
- Deleted previously owned domain.

| LlHlf.com | View Whois |
| LlHlf.net | Buy Domain |
| LlHlf.org | Buy Domain |
| LlHlf.info | Buy Domain |
| LlHlf.biz | Buy Domain |
| LlHlf.us | Buy Domain |