# EXHIBIT 4



namecheap.com/domains/whois/result?domain=libgen.fun

 

**Whois results: libgen.fun is already registered.** Want it? Make an offer now.

libgen.fun   REGISTERED IN 2020



Domain name: libgen.fun
Registry Domain ID: D183890834-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-03-24T07:01:25.97Z
Creation Date: 2020-04-23T09:52:48.00Z
Registrar Registration Expiration Date: 2024-04-23T23:59:59.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 2b67ebed9ff14b2da8b124baf5129faa.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf