Case 1:23-cv-08136-CM   Document 12   Filed 10/09/23   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC., BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP, LLC
d/b/a MACMILLAN LEARNING, MCGRAW HILL
LLC, and PEARSON EDUCATION, INC.,

  Plaintiffs,

v.

DOES 1 – 50 d/b/a Library Genesis, bookwarrior,
cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun,
libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm,
libgen.rocks, libgen.rs, libgen.space, libgen.st,
libgen.su, library.lol, and llhlf.com,

  Defendants.

Civil Action No. 23-cv-08136-CM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2023

MEMO ENDORSED

### PLAINTIFFS' MOTION TO SERVE DEFENDANTS BY EMAIL

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declarations of Dan Seymour and Kevin Lindsey filed in support, and the entire record herein, Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, McGraw Hill LLC, and Pearson Education, Inc. (collectively, "Plaintiffs") hereby move for an Order authorizing Plaintiffs to serve Defendants with the Complaint and Summons, and the other papers required to be served in this case, by electronic means. As set forth in Plaintiffs' Memorandum of Law, Defendants locations are unknown, and email is the best way to provide them with notice of this action. Plaintiffs' Motion should be granted pursuant to Federal Rule of Civil Procedure 4(f)(3), which is applicable to Defendants located abroad, or, if any Defendants are located in the United States, N.Y. Civil Practice Law and Rule § 308(5).

---

*[Handwritten endorsement:]*

*Caption has not been amended but "the court is satisfied that plaintiffs constantly email service is reasonably calculated to give defendants adequate notice of this case."*

*10/10/2023 — after reviewing the papers filed in support of the motion, and being convinced that counsel for plaintiffs have exhausted every avenue for learning the identity of the entities behind these email addresses, the motion for permission to serve by email is granted. As firm communications sent to the email listed in the* [continues next page]

Dated:  October 9, 2023                          Respectfully submitted,

/s/ *Kevin Lindsey*
Kevin Lindsey (*pro hac vice*)

Matthew J. Oppenheim

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Tel: (202) 480-2999
matt@oandzlaw.com
klindsey@oandzlaw.com

*Attorneys for Plaintiffs*