UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, MCGRAW HILL LLC, and PEARSON EDUCATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 – 50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm, libgen.rocks, libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhlf.com,<br><br>Defendants. | Civil Action No. 23-cv-08136-CM |

## DECLARATION OF SERVICE OF PROCESS

I, **Kevin Lindsey**, counsel for Plaintiffs, hereby declare as follows:

1.  Pursuant to the Court's Memo Endorsement issued on October 10, 2023 authorizing service by email, on October 17, 2023, I caused the following documents — (1) the Complaint and exhibit thereto (ECF No. 1); (2) the Summons (ECF No. 19); (3) the Court's September 18, 2023 Order Scheduling an Initial Pretrial Conference (ECF No. 9); (4) the Motion to Serve Defendants by Email (ECF No. 12) and all papers filed related thereto; and (5) the Court's October 10, 2023 Memo Endorsement granting Plaintiffs' Motion to Serve Defendants by Email (ECF No. 17) (the "Alternative Service Order") (collectively, "Service Documents") — to be served via electronic messaging ("email") as set forth below upon Defendants Does 1 – 50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc,

libgen.li, libgen.pm, libgen.rocks libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhlf.com (collectively, "Defendants").

| Defendants | DBA | Email Addresses |
|---|---|---|
| Group 1 Does 1 - 50 | Library Genesis Book Warrior libgen.is libgen.rs libgen.su libgen.st jlibgen.tk library.lol | https://sarek.fi/contact/libgen.is/registrant |
| | | vlaimir@mail.ru |
| | | https://sarek.fi/contact/libgen.st/registrant |
| | | https://tieredaccess.com/contact/c92b9688-d38a-4508-835a-1a40142bb777 |
| Group 2 Does 1- 50 | Library Genesis Book Warrior cdn1.booksdl.org llhlf.com libgen.ee libgen.rocks libgen.space libgen.gs libgen.li libgen.lc libgen.pm | https://porkbun.com/whois/contact/registrant/llhlf.com |
| | | https://rwhois.internet.ee/contact_requests/new?domain_name=libgen.ee&locale=en |
| | | https://tieredaccess.com/contact/7b899793-c2d9-479c-89b6-e03844717043 |
| | | 09d55b0b65744bdf9d09dabb08c22a2f.protect@withheldforprivacy.com |
| | | ianzlib@protonmail.com |
| | | ianzlib@protonmail.com |
| | | https://sarek.fi/contact/libgen.pm/registrant |
| Group 3 Does 1-50 | Library Genesis Book Warrior libgen.fun | 2b67ebed9ff14b2da8b124baf5129faa.protect@withheldforprivacy.com |

2

2.       In accordance with the Alternative Service Order, the email addresses listed above are the same as those set forth in Exhibit 1 to the Seymour Declaration in Support of Plaintiffs' Motion to Serve Defendants by Email.

3.       Though the email address for llhlf.com was no longer operational, messages to all of the other email addresses were successfully sent, including messages to Doe Defendants operating the other websites in the same group as llhlf.com, as those groups are set forth in the Memorandum in Support of Plaintiffs' Motion to Serve Defendants by Email.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  October 23, 2023                    Respectfully submitted,

/s/ *Kevin Lindsey*
Kevin Lindsey (*pro hac vice*)

Matthew J. Oppenheim

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Tel:  (202) 480-2999
matt@oandzlaw.com
klindsey@oandzlaw.com

*Attorneys for Plaintiffs*