UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, MCGRAW HILL LLC, and PEARSON EDUCATION, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOES 1 – 50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm, libgen.rocks, libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhf.com,<br><br>    Defendants. | Civil Action No. 23-cv-08136-CM<br><br>[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT |

I, RUBY J. KRAJICK, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on September 14, 2023 with the filing of a Complaint and copies of the Complaint and accompanying Summons were served on Defendants Does 1-50, d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm, libgen.rocks, libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhf.com by electronic means pursuant to the Court's Memo Endorsement Granting Plaintiffs' Motion to Serve Defendants by Email (ECF No. 17) issued on October 10, 2023, with proof of service filed on October 23, 2023 (ECF No. 20).

Dated: New York, New York
_____, 2023

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk