UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, MCGRAW HILL LLC, and PEARSON EDUCATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 – 50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm, libgen.rocks, libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhf.com,<br><br>Defendants. | Civil Action No. 23-cv-08136-CM |

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

TO: RUBY J. KRAJICK, CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, McGraw Hill LLC, and Pearson Education, Inc. (collectively, "Plaintiffs") respectfully request entry of default against all Defendants in this action. No Defendant has responded to the Complaint (ECF No. 1) or otherwise appeared and defended in this action. *See* Declaration of Kevin Lindsey, filed herewith ("Lindsey Decl."), ¶ 5.

On October 17, 2023, Plaintiffs caused the Complaint and Summons to be served on Defendants by electronic means pursuant to the Court's October 10, 2023 Memo Endorsement granting Plaintiffs' Motion to Serve Defendants by Email (ECF No. 17) (the "Alternative Service Order"). *See* Affid. of Service (ECF No. 20); Lindsey Decl. ¶ 4. More than 30 days have lapsed

1

since such service was completed.

Due to Defendants' default, Plaintiffs have been unable to further identify the Defendants beyond their "doing business as" information set forth in the Complaint and the Alternative Service Order.  *See* Lindsey Decl. ¶ 6.  Accordingly, in this default proceeding, Defendants continue to be identified as "Does 1-50," along with the following additional information:

| Defendant | DBA | Email Addresses |
|---|---|---|
| Does 1-50 | Library Genesis Book Warrior<br>libgen.is<br>libgen.rs<br>libgen.su<br>libgen.st<br>jlibgen.tk<br>library.lol | https://sarek.fi/contact/libgen.is/registrant |
| | | vlaimir@mail.ru |
| | | https://sarek.fi/contact/libgen.st/registrant |
| | | https://tieredaccess.com/contact/c92b9688-d38a-4508-835a-1a40142bb777 |
| Does 1-50 | Library Genesis Book Warrior<br>cdn1.booksdl.org<br>llhlf.com<br>libgen.ee<br>libgen.rocks<br>libgen.space<br>libgen.gs<br>libgen.li<br>libgen.lc<br>libgen.pm | https://porkbun.com/whois/contact/registrant/llhlf.com |
| | | https://rwhois.internet.ee/contact_requests/new?domain_name=libgen.ee&locale=en |
| | | https://tieredaccess.com/contact/7b899793-c2d9-479c-89b6-e03844717043 |
| | | 09d55b0b65744bdf9d09dabb08c22a2f.protect@withheldforprivacy.com |
| | | ianzlib@protonmail.com |
| | | ianzlib@protonmail.com |
| | | https://sarek.fi/contact/libgen.pm/registrant |

| Does 1-50 | Library Genesis Book Warrior libgen.fun | 2b67ebed9ff14b2da8b124baf5129faa.protect@withheldforprivacy.com |
|---|---|---|

DATED:  November 21, 2023              Respectfully submitted,

 /s/ Kevin Lindsey
Kevin Lindsey (*pro hac vice*)
Matthew J. Oppenheim

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Tel:  (202) 480-2999
matt@oandzlaw.com
klindsey@oandzlaw.com

*Attorneys for Plaintiffs*