

Kevin Lindsey
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5593
KLindsey@oandzlaw.com

November 29, 2023

<u>VIA ECF</u>

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 24A
New York, NY 10007

    Re:    *Cengage Learning, Inc. et al. v. Does 1-50 d/b/a Library Genesis et al.*
              S.D.N.Y. Case No. 23-cv-08136-CM

Dear Judge McMahon:

    We represent Plaintiffs in the above-referenced action. We write to seek an indefinite adjournment of the initial pretrial conference scheduled for Thursday, November 30, 2023 ("Initial Pretrial Conference"), *see* Order Scheduling an Initial Pretrial Conference (ECF No. 9) ("Pretrial Conference Order"), because Defendants have not appeared in this action and the Clerk of Court has entered a Certificate of Default. On October 17, 2023, Plaintiffs caused the Complaint and the Pretrial Conference Order to be served on Defendants. *See* Declaration of Service (ECF No. 20). Having received no Answer or any other responsive pleading to the Complaint from Defendants and seeing no such document filed with the Court, on November 21, 2023, Plaintiffs sought entry of a Certificate of Default (ECF No. 22), which the Clerk of Court entered on the same day (ECF No. 23). With no Defendants making an appearance, the Initial Pretrial Conference is not necessary at this time and will not be necessary unless or until Defendants make an appearance in this action. Accordingly, Plaintiffs request that the initial pretrial conference be adjourned indefinitely, pending an appearance by Defendants.

    Thank you for the Court's consideration of this request.

                                          Sincerely,

                                          <u>*/s/ Kevin Lindsey*</u>
                                          Kevin Lindsey

                                          *Counsel for Plaintiffs*