UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, MCGRAW HILL LLC, and PEARSON EDUCATION, INC., <br><br>Plaintiffs, <br><br> v. <br><br> DOES 1 – 50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm, libgen.rocks, libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhf.com, <br><br>Defendants. | Civil Action No. 23-cv-08136-CM |

## DECLARATION OF JESSICA STITT

I, Jessica Stitt, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am employed by Cengage Learning, Inc. ("Cengage") as the Senior Anti-Piracy and Trademark Manager. I have worked for Cengage for over 20 years. Among other responsibilities, I focus on enforcement of Cengage's intellectual property rights, including the protection of its copyrights in connection with online piracy matters.

2.  I submit this declaration in support of Plaintiffs' Motion for Entry of a Default Judgment, Permanent Injunction, and Post-Judgement Relief Order (the "Motion") against Defendants Does 1-50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm, libgen.rocks, libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhf.com (collectively, "Defendants"). I have knowledge of the facts stated herein based on personal knowledge and my review of the documents, files, websites, and other items referenced herein. If called upon to do so, I am able to

testify competently to the matters as stated herein.

## CENGAGE'S BUSINESS AND VALUABLE WORKS AND MARKS

3. Cengage is one of the leading higher education publishers in the United States. Cengage has a long history of doing business in New York and its CEO is based in and operates from New York. Cengage is committed to creating and publishing copyrighted works that advance learning and, each year, publishes thousands of valuable educational works. Working with authors who are experts in their fields, Cengage develops, markets, distributes, and sells a wide range of educational content and tools to professionals, educators, and students. Cengage's works include physical and digital textbooks, which are among the most popular and widely used titles in their fields. In creating these textbooks, Cengage and its authors engage in an ongoing creative process, collaborating closely to select, plan, create, write, edit, organize, and arrange the content within the textbook, and actively review and update the content based on their expertise, research, and analysis, and the needs of the scholastic community. Cengage also invests significant time and money into publishing its works, including in content creation and in the support, advertisement, marketing, and promotion of its works in the United States. Cengage and its predecessors have a long history in the publishing industry and, through decades of effort, built a reputation for publishing works of the highest quality.

4. Cengage owns or exclusively controls the copyrights in its works or derivative works described in Exhibit A to the Complaint ("Authentic Works"), which are registered with the U.S. Copyright Office. Exhibit A to the Complaint includes the applicable title, edition, copyright registration number, and copyright registration date for each of Cengage's Authentic Works that Defendants have infringed. The Authentic Works included in Exhibit A to the Complaint are by no means an exhaustive list of Cengage's works that Defendants have infringed via the Libgen

websites (the "Libgen Sites" or "Sites").

## DEFENDANTS' INFRINGING ACTIVITIES

5.  On the Libgen Sites, Defendants list over 1,700 files with Cengage identified as the publisher. Accordingly, Defendants have reproduced and distributed an untold number of digital copies of Cengage's textbooks. Cengage has not granted any license or otherwise authorized Defendants or the Sites to reproduce or distribute *any* copies of its copyrighted works.

6.  At Cengage's request, a team at Oppenheim + Zebrak, LLP ("O+Z") downloaded copies of the Authentic Works from the Libgen Sites. I confirmed that these files are in fact unauthorized copies of the Authentic Works.

7.  Cengage has sent tens of thousands of notices of infringement to Defendants informing them of specific instances of infringement of Cengage's works on the Sites. Defendants have failed to act on the overwhelming majority of those notices.

## DEFENDANTS CAUSE SUBSTANTIAL INJURY

8.  Cengage invests substantial resources to combat online piracy of its works, which is rampant, and Defendants are among the worst offenders. Defendants compete with Cengage by distributing infringing copies of its works for free. When a consumer obtains Cengage's works from the Libgen Sites instead of through legitimate channels, no remuneration is provided to Cengage or its authors for the substantial investments they have made to create and publish the works. Moreover, social media is rife with messages to students instructing or encouraging them to use the Libgen Sites to obtain their textbooks instead of paying for lawful textbooks.

9.  Defendants' unlawful conduct also devalues the textbook market. When consumers can acquire textbooks for free, they are less likely to be willing to pay fair value for them and more likely to be unaware or unappreciative of the substantial time and money invested in producing them. A substantial decline in revenue from sales could cause Cengage to cease

publishing certain works.

I declare under penalty of perjury that the foregoing is true and correct.

                                                       /s/ Jessica Stitt
                                                          JESSICA STITT

Executed on this 7th day of February 2024.