UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, MCGRAW HILL LLC, and PEARSON EDUCATION, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DOES 1 – 50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm, libgen.rocks, libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhf.com,<br><br>　　　　　Defendants. | Civil Action No. 23-cv-08136-CM |

## DECLARATION OF MICHAEL CANDORE

I, Michael Candore, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.　　I am the Managing Director at BCGuardian, LLP ("BCGuardian"). I have held my current position at BCGuardian since January 2019 and previously served as the Director of Operations at BCGuardian beginning in October 2016. My responsibilities at BCGuardian include investigation and enforcement matters relating to digital piracy for BCGuardian clients.

2.　　I submit this declaration in support of Plaintiffs' Motion for Entry of a Default Judgment, Permanent Injunction, and Post-Judgment Relief Order (the "Motion"). I have knowledge of the facts stated herein based on personal knowledge and my review of the documents, files, websites, and other items referenced herein. If called upon to do so, I am able to testify competently to the matters as stated herein.

3.　　At Plaintiffs' direction, my team downloaded copies of a number of Plaintiffs' works from Libgen. These include each work listed in Exhibit A to the Complaint. These

downloaded files are generally in unprotected PDF form.  They do not contain security features, such as DRM (digital rights management), to prevent further downstream dissemination of the unauthorized copies of the works.

    4.     On August 28, 2023, on behalf of Plaintiffs, BCGuardian sent notices of infringement to the Libgen IPFS gateway companies, i.e., Protocol Labs, Pinata, and Cloudflare.  Based on responses from these companies to the notices and my team's review of the IPFS gateway links in the notices, Protocol Labs and Pinata responded by disabling thousands of gateway URLs that provided unauthorized downloads of Plaintiffs' works.  Cloudflare did not disable the gateway URLs in Plaintiffs' notice, prompting Plaintiffs to request that BCGuardian send additional notices to Cloudflare, which we did in September 2023 and January 2024.  Based on Cloudflare's responses and my team's review of the IPFS gateway links, Cloudflare also did not disable the URLs in these notices.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                               _____

Executed on this 25th day of February 2024.