# APPENDIX A

**Appendix A**

| Libgen Site(s) | Email Address |
|---|---|
| libgen.is<br>libgen.rs<br>libgen.su<br>libgen.st<br>jlibgen.tk<br>library.lol<br>libgen.re (new domain) | https://sarek.fi/contact/libgen.is/registrant |
| | vlaimir@mail.ru |
| | https://sarek.fi/contact/libgen.st/registrant |
| | https://tieredaccess.com/contact/c92b9688-d38a-4508-835a-1a40142bb777 |
| cdn1.booksdl.org<br>llhlf.com<br>libgen.ee<br>libgen.rocks<br>libgen.space<br>libgen.gs<br>libgen.li<br>libgen.lc<br>libgen.pm<br>libgen.vg (new domain)<br>libgen.click (new domain) | https://porkbun.com/whois/contact/registrant/llhlf.com |
| | https://rwhois.internet.ee/contact_requests/new?domain_name=libgen.ee&locale=en |
| | https://tieredaccess.com/contact/7b899793-c2d9-479c-89b6-e03844717043 |
| | 09d55b0b65744bdf9d09dabb08c22a2f.protect@withheldforprivacy.com |
| | ianzlib@protonmail.com |
| | ianzlib@protonmail.com |
| | https://sarek.fi/contact/libgen.pm/registrant |
| | https://whois.nic.vg/contact/libgen.vg/registrant |
| | https://tieredaccess.com/contact/c804af34-2bda-4925-9d31-eb8e1256ee78 |
| libgen.fun | 2b67ebed9ff14b2da8b124baf5129faa.protect@withheldforprivacy.com |

*Cengage Learning, Inc. et al. v. Does 1-50 d/b/a Library Genesis et al.* (S.D.N.Y.)
Case No. 23-cv-08136-CM