Appendix B

| | Title | Author | Copyright Registration Number | Publisher | Copyright Damages |
|---|---|---|---|---|---|
| 1 | A First Course in Differential Equations with Modeling Applications, 11e | Dennis Zill | TX0008369445 | Cengage | $ 150,000.00 |
| 2 | A Guide to Crisis Intervention, 6e | Kristi Kanel | TX0008764631 | Cengage | $ 150,000.00 |
| 3 | America's Courts and the Criminal Justice System, 13e | Neubauer; Fradella | TX0008577315 | Cengage | $ 150,000.00 |
| 4 | Business Analytics: Data Analysis & Decision Making, 7e | Albright; Winston | TX0008793287 | Cengage | $ 150,000.00 |
| 5 | Business Ethics: Ethical Decision Making and Cases, 12e | O.C. Ferrell | TX0008901888 | Cengage | $ 150,000.00 |
| 6 | C++ Programming: From Problem Analysis to Program Design, 8e | D.S. Malik | TX0008565086 | Cengage | $ 150,000.00 |
| 7 | Calculus, 11e | Larson; Edwards | TX0008373820 | Cengage | $ 150,000.00 |
| 8 | Calculus: Early Transcendentals, 9e | Stewart; Clegg; Watson; Redlin | TX0008935153 | Cengage | $ 150,000.00 |
| 9 | Chemistry, 10e | Zumdahl; Zumdahl; DeCoste | TX0008587507 | Cengage | $ 150,000.00 |
| 10 | Cognitive Psychology Connecting Mind, Research, and Everyday Experience, 5e | E. Bruce Goldstein | TX0008655367 | Cengage | $ 150,000.00 |
| 11 | Communication Between Cultures | Samovar; Porter | TX0008224775 | Cengage | $ 150,000.00 |
| 12 | Contemporary Mathematics for Business & Consumers, 9e | Robert Brechner | TX0008796011 | Cengage | $ 150,000.00 |
| 13 | Contemporary World History, 7e | William J. Duiker | TX0008962818 | Cengage | $ 150,000.00 |
| 14 | Database Systems: Design, Implementation, & Management, 13e | Coronel; Morris | TX0008584508 | Cengage | $ 150,000.00 |
| 15 | Death & Dying, Life & Living, 8e | Charles A. Corr | TX0008766737 | Cengage | $ 150,000.00 |
| 16 | Discrete Mathematics with Applications, 5e | Susanna S. Epp | TX0008724377 | Cengage | $ 150,000.00 |
| 17 | Economics, 13e | Roger Arnold | TX0008555103 | Cengage | $ 150,000.00 |
| 18 | Essentials of Criminal Justice, 11e | Siegel; Worrall | TX0008598803 | Cengage | $ 150,000.00 |
| 19 | Essentials of Statistics for the Behavioral Sciences, 10e | Gravetter; Wallnau; Forzano | TX0008950890 | Cengage | $ 150,000.00 |
| 20 | Financial Management: Theory and Practice, 16e | Eugene Brigham | TX0008899053 | Cengage | $ 150,000.00 |
| 21 | Foundations of Business, 6e | Pride; Hughes; Kapoor | TX0008571561 | Cengage | $ 150,000.00 |
| 22 | Fundamentals of Financial Management, Concise Edition, 10e | Eugene Brigham | TX0008899057 | Cengage | $ 150,000.00 |
| 23 | GOVT10 : Principles of American Government, 10e | Edward Sidlow | TX0008767188 | Cengage | $ 150,000.00 |
| 24 | Introduction to Comparative Politics: Political Challenges and Changing Agendas, 8e | Mark Kesselman; Joel Krieger; William A. Joseph | TX0008764883 | Cengage | $ 150,000.00 |
| 25 | Introduction to Health Care, 5e | Lee Haroun | TX0008935170 | Cengage | $ 150,000.00 |
| 26 | Introduction to Statistics and Data Analysis, 6e | Roxy Peck | TX0008768439 | Cengage | $ 150,000.00 |

**Appendix B**

| | Title | Author | Copyright Registration Number | Publisher | Copyright Damages |
|---|---|---|---|---|---|
| 27 | Introductory Chemistry: An Active Learning Approach, 7e | Mark Cracolice | TX0008935159 | Cengage | $ 150,000.00 |
| 28 | Introductory Econometrics: A Modern Approach, 7e | Jeffrey M. Wooldridge | TX0008714557 | Cengage | $ 150,000.00 |
| 29 | Lifetime Physical Fitness and Wellness, 15e | Werner Hoeger | TX0008901959 | Cengage | $ 150,000.00 |
| 30 | Managerial Accounting, 15e | Carl Warren | TX0008709294 | Cengage | $ 150,000.00 |
| 31 | Marketing, 20e | Pride; Ferrell | TX0008779001 | Cengage | $ 150,000.00 |
| 32 | Medium/Heavy Duty Truck Engines, Fuel & Computerized Management Systems, 6e | Sean Bennett | TX0008968368 | Cengage | $ 150,000.00 |
| 33 | MGMT, 11e | Chuck Williams | TX0008763491 | Cengage | $ 150,000.00 |
| 34 | Network+ Guide to Networks, 8e | West; Andrews; Dean | TX0008604011 | Cengage | $ 150,000.00 |
| 35 | New Perspectives Microsoft Office 365 & Office 2019 Introductory, 1e | Patrick Carey | TX0008792844 | Cengage | $ 150,000.00 |
| 36 | Nutrition for Health and Health Care, 7e | Linda Kelly DeBruyne | TX0008779450 | Cengage | $ 150,000.00 |
| 37 | Nutrition Therapy and Pathophysiology, 4e | Nelms; Sucher | TX0008829369 | Cengage | $ 150,000.00 |
| 38 | Nutrition Through the Life Cycle, 7e | Judith E. Brown | TX0008778834 | Cengage | $ 150,000.00 |
| 39 | Nutrition: Concepts and Controversies, 15e | Frances Sizer | TX0008724382 | Cengage | $ 150,000.00 |
| 40 | Organic Chemistry, 9e | McMurry | TX0008115784 | Cengage | $ 150,000.00 |
| 41 | Organizational Behavior: Managing People and Organizations, 13e | Griffin; Phillips; Gully | TX0008779065 | Cengage | $ 150,000.00 |
| 42 | Payroll Accounting, 2019e | Bernard J Bieg | TX0008767073 | Cengage | $ 150,000.00 |
| 43 | Precalculus: Mathematics for Calculus, 7e | Stewart; Redlin; Watson | TX0008004760 | Cengage | $ 150,000.00 |
| 44 | Principles of Microeconomics, 9e | Mankiw | TX0008988436 | Cengage | $ 150,000.00 |
| 45 | Probability and Statistics for Engineering and the Sciences, 9e | Devore | TX0008003633 | Cengage | $ 150,000.00 |
| 46 | Strategic Management: Competitiveness & Globalization, Concepts and Cases, 13e | Michael Hitt; R. Duane Ireland; Robert Hoskisson | TX0008799533 | Cengage | $ 150,000.00 |
| 47 | Technology for Success and Microsoft Office 365 & Office 2019: Shelly Cashman Series, 1e | Cable; Campbell; Ciampa; Clemens; Freund; Frydenberg; Hooper; Monk | TX0008956899 | Cengage | $ 150,000.00 |
| 48 | The Legal Environment of Business: Text and Cases, 11e | Cross; Miller | TX0008967773 | Cengage | $ 150,000.00 |
| 49 | Understanding Basic Statistics, 8e | Charles Henry Brase | TX0008767187 | Cengage | $ 150,000.00 |
| 50 | Writing Analytically, 8e | Stephen Rosenwasser | TX0008553783 | Cengage | $ 150,000.00 |
| 51 | 50 Essays: A Portable Anthology, 5e | Samuel Cohen | TX0008359721 | Macmillan Learning | $ 150,000.00 |
| 52 | A Pocket Style Manual, 8e, APA Version | Nancy Sommers | TX0008613598 | Macmillan Learning | $ 150,000.00 |

| | Title | Author | Copyright Registration Number | Publisher | Copyright Damages |
|---|---|---|---|---|---|
| 53 | Abnormal Psychology, 10e | Ronald J. Comer | TX0008610008 | Macmillan Learning | $ 150,000.00 |
| 54 | Behavioral Genetics, 7e | Valerie S. Knopik | TX0008500953 | Macmillan Learning | $ 150,000.00 |
| 55 | Biochemistry 9e | Lubert Stryer | TX0008782215 | Macmillan Learning | $ 150,000.00 |
| 56 | Biochemistry: A Short Course, 3e | John L. Tymoczk | TX0008134104 | Macmillan Learning | $ 150,000.00 |
| 57 | Biology: How Life Works, 2e | James R. Morris | TX0008345202 | Macmillan Learning | $ 150,000.00 |
| 58 | Calculus: Early Transcendentals, 4e | W. H. Freeman and Company | TX0008698561 | Macmillan Learning | $ 150,000.00 |
| 59 | Creative Writing: Four Genres in Brief, 3e | David Starkey | TX0008515308 | Macmillan Learning | $ 150,000.00 |
| 60 | Discovering Psychology, 7e | Sandra E. Hockenbury | TX0008340982 | Macmillan Learning | $ 150,000.00 |
| 61 | Ecology: The Economy of Nature, 8e | Rick Relyea | TX0008565908 | Macmillan Learning | $ 150,000.00 |
| 62 | Essentials of Environmental Science, 2e | Andrew Friedland | TX0008328927 | Macmillan Learning | $ 150,000.00 |
| 63 | Essentials of General, Organic, and Biochemistry, 3e | Denise Guinn | TX0008788602 | Macmillan Learning | $ 150,000.00 |
| 64 | Everything's an Argument, 8e | Andrea A. Lunsford | TX0008675679 | Macmillan Learning | $ 150,000.00 |
| 65 | Exploring Psychology, 11e in Modules | David G. Myers | TX0008710630 | Macmillan Learning | $ 150,000.00 |
| 66 | From Inquiry to Academic Writing: A Text and Reader, 4e | Bedford; St. Martin's | TX0008582832 | Macmillan Learning | $ 150,000.00 |
| 67 | Fundamentals of Abnormal Psychology, 9e | Ronald J. Comer | TX0008796830 | Macmillan Learning | $ 150,000.00 |
| 68 | Introduction to Genetic Analysis, 11e | Anthony J.F. Griffiths | TX0008027137 | Macmillan Learning | $ 150,000.00 |
| 69 | Introduction to Geospatial Technologies, 4e | Bradley A. Shellito | TX0008605904 | Macmillan Learning | $ 150,000.00 |
| 70 | Julien's Primer of Drug Action: A Comprehensive Guide to the Actions, Uses, and Side Effects of Psychoactive Drugs, 14e | Claire D. Advokat | TX0008655198 | Macmillan Learning | $ 150,000.00 |
| 71 | Kuby Immunology, 8e | Jenni Punt | TX0008628766 | Macmillan Learning | $ 150,000.00 |
| 72 | Lehninger Principles of Biochemistry, 8e | David L. Nelson; Michael M. Cox; Aaron A. Hoskins | TX0009085450 | Macmillan Learning | $ 150,000.00 |
| 73 | Literature: The Human Experience, 13e | Richard Abcarian | TX0008650943 | Macmillan Learning | $ 150,000.00 |
| 74 | Macroeconomics, 10e | N. Gregory Mankiw | TX0008710929 | Macmillan Learning | $ 150,000.00 |
| 75 | Media & Culture: Mass Communication in a Digital Age, 11e | Richard Campbell | TX0008492636 | Macmillan Learning | $ 150,000.00 |
| 76 | Media & Culture: Mass Communication in a Digital Age, 12e | Richard Campbell | TX0008751176 | Macmillan Learning | $ 150,000.00 |
| 77 | Modern Principles of Economics, 4e | Tyler Cowen | TX0008568533 | Macmillan Learning | $ 150,000.00 |
| 78 | Myers' Psychology for the AP Course, 3e | David G. Myers | TX0008564306 | Macmillan Learning | $ 150,000.00 |

Appendix B

| | Title | Author | Copyright Registration Number | Publisher | Copyright Damages |
|---|---|---|---|---|---|
| 79 | Organic Chemistry: Structure and Function, 8e | K. Peter; C. Vollhardt | TX0008593664 | Macmillan Learning | $ 150,000.00 |
| 80 | Practical Argument: A Text and Anthology, 4e | Laurie G. Kirszner | TX0008897282 | Macmillan Learning | $ 150,000.00 |
| 81 | Practical Strategies for Technical Communication: A Brief Guide, 3e | Mike Markel | TX0008661381 | Macmillan Learning | $ 150,000.00 |
| 82 | Psychology in Everyday Life, 4e | David G. Myers | TX0008496502 | Macmillan Learning | $ 150,000.00 |
| 83 | Psychology, 13e | David G. Myers; C. Nathan DeWall | TX0009054292 | Macmillan Learning | $ 150,000.00 |
| 84 | Psychology, 12e | David G. Myers; C. Nathan DeWall | TX0008554016 | Macmillan Learning | $ 150,000.00 |
| 85 | Psychology: A Concise Introduction, 5e | Richard A. Griggs | TX0008389758 | Macmillan Learning | $ 150,000.00 |
| 86 | Raven Biology of Plants, 8e | Ray F. Evert | TX0007497291 | Macmillan Learning | $ 150,000.00 |
| 87 | Reflect & Relate: An Introduction to Interpersonal Communication, 5e | Steven McCornack | TX0008699333 | Macmillan Learning | $ 150,000.00 |
| 88 | Rules for Writers, 9e | Nancy Sommers | TX0008640679 | Macmillan Learning | $ 150,000.00 |
| 89 | Signs of Life in the U.S.A.: Readings on Popular Culture for Writers, 9e | Sonia Maasik | TX0008657675 | Macmillan Learning | $ 150,000.00 |
| 90 | Speak Up: An Illustrated Guide to Public Speaking, 4e | Douglas M. Fraleigh | TX0008353154 | Macmillan Learning | $ 150,000.00 |
| 91 | Statistics: Concepts and Controversies, 9e | David S. Moore | TX0008560788 | Macmillan Learning | $ 150,000.00 |
| 92 | The Analysis of Biological Data, 3e | Michael C. Whitlock; Dolph Schluter; W. H. Freeman and Company | TX0008969557 | Macmillan Learning | $ 150,000.00 |
| 93 | The Business Writer's Companion, 8e | Gerald J. Alred | TX0008489502 | Macmillan Learning | $ 150,000.00 |
| 94 | The Developing Person Through the Life Span, 10e | Kathleen Stassen Berger | TX0008415432 | Macmillan Learning | $ 150,000.00 |
| 95 | The Development of Children, 8e | Cynthia Lightfoot | TX0008593173 | Macmillan Learning | $ 150,000.00 |
| 96 | The Film Experience: An Introduction, 5e | Timothy Corrigan | TX0008560971 | Macmillan Learning | $ 150,000.00 |
| 97 | The Psychology Major's Companion: Everything You Need to Know to Get You Where You Want To Go | Dana S. Dunn | TX0008498269 | Macmillan Learning | $ 150,000.00 |
| 98 | The St. Martin's Guide to Writing, 12e | Rise B. Axelrod | TX0008683056 | Macmillan Learning | $ 150,000.00 |
| 99 | The Story and Its Writer: An Introduction to Short Fiction, 10e | Ann Charters | TX0008660570 | Macmillan Learning | $ 150,000.00 |
| 100 | The Writer's Presence: A Pool of Readings, 9e | Donald McQuade | TX0008640379 | Macmillan Learning | $ 150,000.00 |
| 101 | A Writer's Resource: A Handbook for Writing and Research, 6e | Elaine P. Maimon | TX0008713750 | McGraw Hill | $ 150,000.00 |
| 102 | ABC's of Relationship Selling through Service, 13e | Raj Agnihotri | TX0008703076 | McGraw Hill | $ 150,000.00 |
| 103 | Accounting for Governmental & Nonprofit Entities, 18e | Reck; Lowensohn; Neely | TX0008570028 | McGraw Hill | $ 150,000.00 |
| 104 | American Democracy Now, 4e | Harrison; Harris; Deardorff | TX0008116817 | McGraw Hill | $ 150,000.00 |

| | Title | Author | Copyright Registration Number | Publisher | Copyright Damages |
|---|---|---|---|---|---|
| 105 | Anatomy & Physiology: The Unity of Form and Function, 8e | Saladin | TX0008398754 | McGraw Hill | $ 150,000.00 |
| 106 | Biology Laboratory Manual, 12e | Darrell S. Vodopich | TX0008725268 | McGraw Hill | $ 150,000.00 |
| 107 | Biology, 5e | Robert J. Brooker | TX0008715610 | McGraw Hill | $ 150,000.00 |
| 108 | Buildings across Time: An Introduction to World Architecture, 5e | Michael Fazio | TX0008702527 | McGraw Hill | $ 150,000.00 |
| 109 | Business and Society: Stakeholders, Ethics, Public Policy, 16e | Lawrence; Weber | TX0008989218 | McGraw Hill | $ 150,000.00 |
| 110 | Chemistry, 5e | Julia Burdge | TX0008706012 | McGraw Hill | $ 150,000.00 |
| 111 | Connect Core Concepts in Health, 13e | Insel; Roth | TX0008051050 | McGraw Hill | $ 150,000.00 |
| 112 | Crafting & Executing Strategy: Concepts and Cases, 22e | Thompson Jr; Peteraf; Gamble; Strickland III | TX0008725707 | McGraw Hill | $ 150,000.00 |
| 113 | Drugs, Society, and Human Behavior, 17e | Hart; Ksir | TX0008733303 | McGraw Hill | $ 150,000.00 |
| 114 | Essentials of Contemporary Management, 6e | Jones; George | TX0007913168 | McGraw Hill | $ 150,000.00 |
| 115 | Essentials of Contemporary Management, 7e | Jones; George | TX0008544280 | McGraw Hill | $ 150,000.00 |
| 116 | Essentials of Contemporary Management, 8e | Jones; George | TX0008575677 | McGraw Hill | $ 150,000.00 |
| 117 | Essentials of Economics, 10e | Primacon; Gebhardt | TX0008278999 | McGraw Hill | $ 150,000.00 |
| 118 | Essentials of Marketing: A Marketing Strategy Planning Approach, 14e | Perreault; Cannon | TX0008115565 | McGraw Hill | $ 150,000.00 |
| 119 | Experience Psychology, 4e | Laura A. King | TX0008706657 | McGraw Hill | $ 150,000.00 |
| 120 | Exploring Writing: Paragraphs and Essays, 4e | Zoe L. Albright | TX0008716047 | McGraw Hill | $ 150,000.00 |
| 121 | Financial Accounting, 5e | David Spiceland | TX0008713990 | McGraw Hill | $ 150,000.00 |
| 122 | First Aid Cases for the USMLE Step 1, 4e | Tao T. LE; MD LLC | TX0008719417 | McGraw Hill | $ 150,000.00 |
| 123 | First Aid for the Psychiatry Clerkship, 5e | Latha Ganti | TX0008699726 | McGraw Hill | $ 150,000.00 |
| 124 | International Economics, 17e | Thomas A Pugel | TX0008903633 | McGraw Hill | $ 150,000.00 |
| 125 | Interpersonal Conflict, 10e | Wilmot; Hocker | TX0008748727 | McGraw Hill | $ 150,000.00 |
| 126 | Introduction to Computing Systems: From Bits & Gates to C/C++ & Beyond, 3e | Yale N Patt | TX0008903632 | McGraw Hill | $ 150,000.00 |
| 127 | Introduction to Operations Research, 11e | Frederick S. Hillier | TX0008974412 | McGraw Hill | $ 150,000.00 |
| 128 | Life-Span Development, 16e | Santrock | TX0008595804 | McGraw Hill | $ 150,000.00 |
| 129 | Life-Span Development, 17e | John W. Santrock | TX0008711635 | McGraw Hill | $ 150,000.00 |
| 130 | Living with Art, 11e | Getlein | TX0008359535 | McGraw Hill | $ 150,000.00 |

Appendix B

| | Title | Author | Copyright Registration Number | Publisher | Copyright Damages |
|---|---|---|---|---|---|
| 131 | Maingot's Abdominal Operations. 13e | Michael J Zinner MD FACS; Stanley W Ashley MD FACS; O Joe Hines MD FACS | TX0008707999 | McGraw Hill | $ 150,000.00 |
| 132 | Management: A Practical Introduction, 9e | Kinicki | TX0008723151 | McGraw Hill | $ 150,000.00 |
| 133 | Mass Media Law, 20e | Clay Calvert | TX0008726446 | McGraw Hill | $ 150,000.00 |
| 134 | Matching Supply with Demand: An Introduction to Operations Management, 4e | Gerard Cachon | TX0008716788 | McGraw Hill | $ 150,000.00 |
| 135 | McGraw-Hill Education Algebra II Review and Workbook, 1e | Monahan | TX0008706741 | McGraw Hill | $ 150,000.00 |
| 136 | McGraw-Hill Education SAT Subject Test Literature, 4e | The Publisher's Partnership | TX0008699094 | McGraw Hill | $ 150,000.00 |
| 137 | Mechanics of Materials, 8e | John DeWolf | TX0008717025 | McGraw Hill | $ 150,000.00 |
| 138 | Organic Chemistry, 6e | Janice Gorzynski Smith | TX0008705965 | McGraw Hill | $ 150,000.00 |
| 139 | Organizational Behavior, 7e | McShane; Glinow | TX0007920280 | McGraw Hill | $ 150,000.00 |
| 140 | Prescott's Microbiology, 11e | Joanne Willey | TX0008712613 | McGraw Hill | $ 150,000.00 |
| 141 | Principles of Corporate Finance, 12e | Brealey; Myers; Allen | TX0008591381 | McGraw Hill | $ 150,000.00 |
| 142 | Principles of Corporate Finance, 13e | Richard A. Brealey | TX0008712614 | McGraw Hill | $ 150,000.00 |
| 143 | Schaum's Outline of Intermediate Algebra, 3e | Kerry Bailey | TX0008704987 | McGraw Hill | $ 150,000.00 |
| 144 | Shigley's Mechanical Engineering Design, 11e | Richard G. Budynas | TX0008710906 | McGraw Hill | $ 150,000.00 |
| 145 | Social Psychology, 13e | Myers | TX0008661730 | McGraw Hill | $ 150,000.00 |
| 146 | Strategic Management of Technological Innovation, 5e | Melissa Schilling | TX0008433185 | McGraw Hill | $ 150,000.00 |
| 147 | Strategic Management of Technological Innovation, 6e | Melissa Schilling | TX0008718386 | McGraw Hill | $ 150,000.00 |
| 148 | Strategic Management, 5e | Rothaermel | TX0008995568 | McGraw Hill | $ 150,000.00 |
| 149 | The Art of Public Speaking, 13e | Stephen E. Lucas | TX0008725257 | McGraw Hill | $ 150,000.00 |
| 150 | The Color Atlas and Synopsis of Family Medicine, 3e | Richard Usatine | TX0008716338 | McGraw Hill | $ 150,000.00 |
| 151 | A First Course in Probability 10e | Sheldon Ross | TX0008733234 | Pearson | $ 150,000.00 |
| 152 | Access To Health, 15e | Rebecca J Donatelle | TX0008499753 | Pearson | $ 150,000.00 |
| 153 | Anatomy and Physiology Coloring Workbook: A Complete Study Guide, 12e | Elaine N Marieb | TX0008476224 | Pearson | $ 150,000.00 |
| 154 | Applications and Investigations in Earth Science, 8e | Edward J. Tarbuck | TX0008007999 | Pearson | $ 150,000.00 |
| 155 | Basic Business Statistics: Concepts and Applications, 14e | Mark Berenson | TX0008590406 | Pearson | $ 150,000.00 |
| 156 | Basic Chemistry, 6e | Karen Timberlake | TX0008766300 | Pearson | $ 150,000.00 |

| | Title | Author | Copyright Registration Number | Publisher | Copyright Damages |
|---|---|---|---|---|---|
| 157 | Biochemistry: Concepts and Connections, 2e | Dean R. Appling | TX0008592722 | Pearson | $ 150,000.00 |
| 158 | Business Data Networks and Security, 11e | Raymond R. Panko | TX0008604602 | Pearson | $ 150,000.00 |
| 159 | Business Mathematics, 14e | Gary Clendenen | TX0008602155 | Pearson | $ 150,000.00 |
| 160 | Calculus For Biology and Medicine, 4e | Claudia Neuhauser | TX0008599683 | Pearson | $ 150,000.00 |
| 161 | Calculus: Early Transcendentals, 3e | William Briggs | TX0008589494 | Pearson | $ 150,000.00 |
| 162 | Campbell Biology, 11e | Lisa A. Urry | TX0008472354 | Pearson | $ 150,000.00 |
| 163 | Campbell Biology in Focus, 3e | Lisa A. Urry | TX0008764205 | Pearson | $ 150,000.00 |
| 164 | Chemistry: A Molecular Approach, 5e | Nivaldo J. Tro | TX0008764178 | Pearson | $ 150,000.00 |
| 165 | Clean Code: A Handbook of Agile Software Craftsmanship, 1e | Robert C. Martin | TX0006897293 | Pearson | $ 150,000.00 |
| 166 | College Mathematics for Trades and Technologies, 10e | Cheryl Cleaves | TX0008587024 | Pearson | $ 150,000.00 |
| 167 | Criminalistics: An Introduction to Forensic Science, 12e | Richard Saferstein | TX0008541729 | Pearson | $ 150,000.00 |
| 168 | Developmental Mathematics, 4e | Elayn Martin-Gay | TX0008766302 | Pearson | $ 150,000.00 |
| 169 | Electric Circuits 11e | James Nilsson | TX0008712906 | Pearson | $ 150,000.00 |
| 170 | Elementary Statistics, 13e | Mario F. Triola | TX0008529881 | Pearson | $ 150,000.00 |
| 171 | Elements of the Nature and Properties of Soils, 3e | Nyle C. Brady | TX0007042871 | Pearson | $ 150,000.00 |
| 172 | Emergency Medical Responder: First on Scene, 10e | Chris Le Baudour | TX0008122683 | Pearson | $ 150,000.00 |
| 173 | Engineering Economy, 17e | William G. Sullivan | TX0008733523 | pearson | $ 150,000.00 |
| 174 | Essentials of Organizational Behavior, 14e | Stephen P. Robbins | TX0008589438 | Pearson | $ 150,000.00 |
| 175 | Essentials of Statistics, 6e | Mario F. Triola | TX0008602149 | Pearson | $ 150,000.00 |
| 176 | Financial Management: Principles and Applications, 13e | Sheridan Titman | TX0008497438 | Pearson | $ 150,000.00 |
| 177 | Foundations For Clinical Mental Health Counseling An Introduction To The Profession, 3e | Mark S. Gerig | TX0008419504 | Pearson | $ 150,000.00 |
| 178 | Foundations of Finance, 10e | Arthur J. Keown | TX0008771892 | Pearson | $ 150,000.00 |
| 179 | Fundamentals of Clinical Supervision, 6e | Janine M. Bernard | TX0008604652 | Pearson | $ 150,000.00 |
| 180 | Fundamentals of Web Development, 2e | Randy Connolly | TX0008597795 | Pearson | $ 150,000.00 |
| 181 | Human Anatomy & Physiology, 11e | Elaine N. Marieb | TX0008592257 | Pearson | $ 150,000.00 |
| 182 | Human Anatomy & Physiology, 2e | Erin C. Amerman | TX0008592237 | Pearson | $ 150,000.00 |

Appendix B

| | Title | Author | Copyright Registration Number | Publisher | Copyright Damages |
|---|---|---|---|---|---|
| 183 | Human Learning, 8e | Jeanne Ellis Ormrod | TX0008770718 | Pearson | $ 150,000.00 |
| 184 | Intermediate Algebra For College Students, 10e | Dennis C. Runde | TX0008590405 | Pearson | $ 150,000.00 |
| 185 | Interpersonal Communication: Relating to Others, 9e | Steven A. Beebe | TX0008771084 | Pearson | $ 150,000.00 |
| 186 | Introductory Chemistry, 6e | Nivaldo J. Tro | TX0008464936 | Pearson | $ 150,000.00 |
| 187 | Management Information Systems: Managing the Digital Firm, 16e | Kenneth C. Laudon | TX0008792067 | Pearson | $ 150,000.00 |
| 188 | Marketing Research, 9e | Alvin C. Burns | TX0008771942 | Pearson | $ 150,000.00 |
| 189 | Microbiology With Diseases By Taxonomy, 6e | Robert W. Bauman | TX0008766307 | Pearson | $ 150,000.00 |
| 190 | Microbiology: A Laboratory Manual, 12e (Loose-Leaf Edition) | James G. Cappuccino | TX0008792726 | Pearson | $ 150,000.00 |
| 191 | Microeconomics: Theory and Applications with Calculus, 5e | Jeffrey M. Perloff | TX0008787464 | Pearson | $ 150,000.00 |
| 192 | Modern Systems Analysis & Design, 9e | Joseph S. Valacich | TX0008789292 | Pearson | $ 150,000.00 |
| 193 | Pathophysiology Concepts of Human Disease, 1e | Matthew Sorensen | TX0008774441 | Pearson | $ 150,000.00 |
| 194 | Prebles' Artforms, 11e | Patrick L. Frank | TX0007814257 | Pearson | $ 150,000.00 |
| 195 | Probability and Statistical Inference, 10e | Robert V. Hogg | TX0008792541 | Pearson | $ 150,000.00 |
| 196 | Profit Without Honor: White Collar Crime & the Looting of America, 7e | Stephen M. Rosoff | TX0008770802 | Pearson | $ 150,000.00 |
| 197 | Quantitative Analysis for Management, 11e | Barry Render | TX0007379726 | Pearson | $ 150,000.00 |
| 198 | Systems Analysis and Design, 10e | Kenneth E. Kendall | TX0008598176 | Pearson | $ 150,000.00 |
| 199 | Using & Understanding Mathematics: A Quantitative Reasoning Approach, 7e | Jeffrey O. Bennett | TX0008592235 | Pearson | $ 150,000.00 |
| 200 | Working Effectively with Legacy Code, 1e | Michael Feathers | TX0006085105 | Pearson | $ 150,000.00 |
| | **Total Damages** | | | | $ 30,000,000.00 |