# APPENDIX C

*Cengage Learning, Inc. et al. v. Does 1-50 d/b/a Library Genesis et al.*, S.D.N.Y. Case No. 23-cv-08136-CM

Appendix C

| Libgen Site(s) | Complaint or New | Registrar | Registry | Host |
|---|---|---|---|---|
| libgen.is | Complaint | Sarek Oy | Internet Iceland Ltd. | Epinatura LLC |
| libgen.rs | Complaint | Webglobe d.o.o. | 1337 Services LLC | Epinatura LLC |
| libgen.su | Complaint | Masterhost | Serbian National Internet Domain Registry | Masterhost |
| libgen.st | Complaint | Sarek | Tecnisys | Epinatura LLC |
| jlibgen.tk | Complaint | BV Dot TK | Telecommunication Tokelau Corporation | n/a |
| library.lol | Complaint | Tucows, Inc. | XYZ.COM LLC | Epinatura LLC |
| libgen.re | Newly Identified | NETIM | Association Française pour le Nommage Internet en Coopération | Cloudflare |
| cdn1.booksdl.org | Complaint | Tucows, Inc. | Public Interest Registry | IP Volume Inc |
| llhlf.com | Complaint | Alibaba Cloud | VeriSign, Inc. | Cloudflare |
| libgen.ee | Complaint | NETIM | Eesti Interneti Sihtasutus (EIS) | Alibaba |
| libgen.rocks | Complaint | Tucows, Inc. | Identity Digital Inc. | Cloudflare |
| libgen.space | Complaint | Namecheap Inc. | Radix FZC | Cloudflare |
| libgen.gs | Complaint | EPAG Domainservices | Government of South Georgia and South Sandwich Islands | Cloudflare |
| libgen.li | Complaint | Sarek Oy | Swiss Education & Research Network | Cloudflare |
| libgen.lc | Complaint | EPAG Domainservices | University of Puerto Rico | Cogent Communications |
| libgen.pm | Complaint | Sarek Oy | Association Française pour le Nommage Internet en Coopération | Cloudflare |
| libgen.vg | Newly Identified | Sarek Oy | Telecommunications Regulatory Commission of the Virgin Islands | Cloudflare |
| libgen.click | Newly Identified | Tucows, Inc. | Internet Naming Co. | n/a |
| libgen.fun | Complaint | Namecheap Inc. | Radix FZC | Data Room |

*Cengage Learning, Inc. et al. v. Does 1-50 d/b/a Library Genesis et al.* (S.D.N.Y.) Case No. 23-cv-08136-CM