# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC., BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP, LLC
d/b/a MACMILLAN LEARNING, MCGRAW HILL
LLC, and PEARSON EDUCATION, INC.,

       Plaintiffs,

    v.

DOES 1 – 50 d/b/a Library Genesis, bookwarrior,
cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun,
libgen.gs, libgen.is, libgen.lc, libgen.li, libgen.pm,
libgen.rocks, libgen.rs, libgen.space, libgen.st,
libgen.su, library.lol, and llhlf.com,

       Defendants.

Civil Action No.  23-cv-08136-CM

## DECLARATION OF SERVICE OF PROCESS

I, **Kevin Lindsey**, counsel for Plaintiffs, hereby declare as follows:

    1.    Pursuant to the Court's Memo Endorsement issued on October 10, 2023 authorizing service by email, on March 1, 2024, I caused the following documents — (1) the Motion for Entry of a Default Judgment, Permanent Injunction, and Post-Judgment Relief (the "Motion") and Appendix A thereto providing notice to defendants pursuant the Court's Individual Practices and Procedures (ECF No. 26); (2) the Memorandum of Law in Support of the Motion (ECF No. 27); (3) the declarations of Jessica Stitt, Lashonda Morris, Rachel Comerford, Steven Rosenthal, Michael Candore, and Kevin Lindsey in Support of the Motion and all exhibits thereto (ECF Nos. 28-33); and (4) the Proposed Default Judgment, Permanent Injunction, and Post-Judgment Relief Order and appendices thereto (ECF No. 34); (collectively, "Service Documents") — to be served via electronic messaging ("email") as set forth below upon Defendants Does 1 – 50 d/b/a Library Genesis, bookwarrior, cdn1.booksdl.org, jlibgen.tk, libgen.ee, libgen.fun, libgen.gs, libgen.is,

libgen.lc, libgen.li, libgen.pm, libgen.rocks libgen.rs, libgen.space, libgen.st, libgen.su, library.lol, and llhlf.com (collectively, "Defendants").

| Defendants | Email Addresses |
|---|---|
| Does 1-50<br>Library Genesis<br>Book Warrior<br>libgen.is<br>libgen.rs<br>libgen.su<br>libgen.st<br>jlibgen.tk<br>library.lol<br>libgen.re (new domain) | https://sarek.fi/contact/libgen.is/registrant |
| | vlaimir@mail.ru |
| | https://sarek.fi/contact/libgen.st/registrant |
| | https://tieredaccess.com/contact/bbfcd080-6b05-4d7b-805f-3efd300f3b29 |
| Does 1-50<br>Library Genesis<br>Book Warrior<br>cdn1.booksdl.org<br>llhlf.com<br>libgen.ee<br>libgen.rocks<br>libgen.space<br>libgen.gs<br>libgen.li<br>libgen.lc<br>libgen.pm<br>libgen.vg (new domain)<br>libgen.click (new domain) | https://porkbun.com/whois/contact/registrant/llhlf.com |
| | https://rwhois.internet.ee/contact_requests/new?domain_name=libgen.ee&locale=en |
| | https://tieredaccess.com/contact/7b899793-c2d9-479c-89b6-e03844717043 |
| | 09d55b0b65744bdf9d09dabb08c22a2f.protect@withheldforprivacy.com |
| | ianzlib@protonmail.com |
| | ianzlib@protonmail.com |
| | https://sarek.fi/contact/libgen.pm/registrant |
| | https://whois.nic.vg/contact/libgen.vg/registrant |
| | https://tieredaccess.com/contact/f3c74f58-9ba6-4288-974b-d8492965e519 |

| Does 1-50<br>Library Genesis<br>Book Warrior<br>libgen.fun | 2b67ebed9ff14b2da8b124baf5129faa.protect@withheldfor<br>privacy.com |
|---|---|

2.      Pursuant to the Alternative Service Order, the addresses above are the addresses set forth in Exhibit 1 to the Seymour Declaration in Support of Plaintiffs' Motion to Serve Defendants by Email (ECF No. 15) (the "Seymour Declaration"), with the addition of three addresses associated with domains identified after Plaintiffs filed the Motion to Serve Defendants by Email (ECF No. 12) (the "New Addresses").  We identified the New Addresses in the same way that we identified the other addresses above, as described in the Seymour Declaration.

3.      Though the address for llhlf.com was no longer operational, messages to the other addresses were successfully sent, including messages to Doe Defendants operating the other websites in the same group as llhlf.com, as those groups are set forth in the Memorandum in Support of Plaintiffs' Motion to Serve Defendants by Email (ECF No. 13).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 22, 2024

Respectfully submitted,

Kevin Lindsey (*pro hac vice*)

Matthew J. Oppenheim

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Tel:  (202) 480-2999
matt@oandzlaw.com
klindsey@oandzlaw.com

*Attorneys for Plaintiffs*