
## Oppenheim
+ Zebrak, LLP

W A S H I N G T O N — N E W   Y O R K

Kevin Lindsey
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5593
klindsey@oandzlaw.com

September 25, 2024

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl St., Room 24A
New York, NY 10007

Re:    ***Cengage Learning, Inc. et al v.  Does 1 - 50 et al.***
       **S.D.N.Y. Case No. 23-cv-8136-CM**

Dear Judge McMahon:

We represent Plaintiffs Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, McGraw Hill LLC, and Pearson Education, Inc. ("Plaintiffs") in the above-referenced action.

Plaintiffs write to respectfully request that the Court post the September 24, 2024 Default Judgment, Permanent Injunction, and Post-Judgment Relief Order ("Order") (ECF No. 36) on the docket with its attachments, i.e., Appendices A-C filed with Plaintiffs' proposed order ("Appendices") (ECF Nos. 34-1 to 34-3).  The Appendices are necessary to provide those who receive the Order with sufficient specificity to ensure compliance.

We thank the Court for its consideration of this request to enter the Order with the Appendices.

Sincerely,

*/s/ Kevin Lindsey*
Kevin Lindsey